IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------x
In re                                    :    Chapter 11
                                         :
Rural/Metro Corporation,[1]              :    Case No. 13-11952 (    )
                                         :
              Debtor.                    :
-----------------------------------------------------x
In re                                    :    Chapter 11
                                         :
Arizona EMS Holdings, Inc.,              :    Case No. 13-11953 (    )
                                         :
              Debtor.                    :
-----------------------------------------------------x
In re                                    :    Chapter 11
                                         :
Beacon Transportation, Inc.,             :    Case No. 13-11954 (    )
                                         :
              Debtor.                    :
-----------------------------------------------------x
In re                                    :    Chapter 11
                                         :
Bowers Companies, Inc.,                  :    Case No. 13-11955 (    )
                                         :
              Debtor.                    :
-----------------------------------------------------x
In re                                    :    Chapter 11
                                         :
ComTrans Ambulance Service, Inc.,        :    Case No. 13-11956 (    )
                                         :
              Debtor.                    :
-----------------------------------------------------x
In re                                    :    Chapter 11
                                         :
Corning Ambulance Service, Inc.,         :    Case No. 13-11957 (    )
                                         :
              Debtor.                    :
-----------------------------------------------------x

---

[1]    The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are listed in Schedule 1.  The Debtors' headquarters are located at 9221 E. Via de Ventura, Scottsdale, AZ 85258.

```
-----------------------------------------------x
In re                                          :    Chapter 11
                                               :
Donlock, Ltd.,                                 :    Case No. 13-11958 (    )
                                               :
            Debtor.                            :
-----------------------------------------------x
In re                                          :    Chapter 11
                                               :
E.M.S. Ventures, Inc.,                         :    Case No. 13-11959 (    )
                                               :
            Debtor.                            :
-----------------------------------------------x
In re                                          :    Chapter 11
                                               :
Eastern Ambulance Service, Inc.,               :    Case No. 13-11960 (    )
                                               :
            Debtor.                            :
-----------------------------------------------x
In re                                          :    Chapter 11
                                               :
Eastern Paramedics, Inc.,                      :    Case No. 13--11961 (     )
                                               :
            Debtor.                            :
-----------------------------------------------x
In re                                          :    Chapter 11
                                               :
Emergency Medical Transport, Inc.,             :    Case No. 13--11962 (     )
                                               :
            Debtor.                            :
-----------------------------------------------x
In re                                          :    Chapter 11
                                               :
EMS Ventures of South Carolina, Inc.,          :    Case No. 13-11963 (    )
                                               :
            Debtor.                            :
-----------------------------------------------x
In re                                          :    Chapter 11
                                               :
Gold Cross Ambulance Service of PA, Inc.,      :    Case No. 13-11964 (    )
                                               :
            Debtor.                            :
-----------------------------------------------x
```

01:13977045.1

- 2 -

```
-----------------------------------------x
In re                                    :    Chapter 11
                                         :
Gold Cross Ambulance Services, Inc.,     :    Case No. 13-11965 (    )
                                         :
              Debtor.                    :
-----------------------------------------x
In re                                    :    Chapter 11
                                         :
Lasalle Ambulance, Inc.,                 :    Case No. 13-11966 (    )
                                         :
              Debtor.                    :
-----------------------------------------x
In re                                    :    Chapter 11
                                         :
Medical Emergency Devices and            :
Services (Meds), Inc.,                   :    Case No. 13-11967 (    )
                                         :
              Debtor.                    :
-----------------------------------------x
In re                                    :    Chapter 11
                                         :
Mercury Ambulance Service, Inc.,         :    Case No. 13-11968 (    )
                                         :
              Debtor.                    :
-----------------------------------------x
In re                                    :    Chapter 11
                                         :
Metro Care Corp.,                        :    Case No. 13-11969 (    )
                                         :
              Debtor.                    :
-----------------------------------------x
In re                                    :    Chapter 11
                                         :
National Ambulance & Oxygen              :
Service, Inc.,                           :    Case No. 13-11970 (    )
                                         :
              Debtor.                    :
-----------------------------------------x
In re                                    :    Chapter 11
                                         :
North Miss. Ambulance Service, Inc.,     :    Case No. 13-11971 (    )
                                         :
              Debtor.                    :
-----------------------------------------x
```

01:13977045.1

```
-----------------------------------------------x
In re                                          :    Chapter 11
                                               :
Pacific Ambulance, Inc.,                       :    Case No. 13-11972 (    )
                                               :
                Debtor.                        :
-----------------------------------------------x
In re                                          :    Chapter 11
                                               :
Professional Medical Transport, Inc.,          :    Case No. 13-11973 (    )
                                               :
                Debtor.                        :
-----------------------------------------------x
In re                                          :    Chapter 11
                                               :
R/M Arizona Holdings, Inc.,                    :    Case No. 13-11974 (    )
                                               :
                Debtor.                        :
-----------------------------------------------x
In re                                          :    Chapter 11
                                               :
R/M Management Co., Inc.,                      :    Case No. 13-11975 (    )
                                               :
                Debtor.                        :
-----------------------------------------------x
In re                                          :    Chapter 11
                                               :
R/M of Tennessee G.P., Inc.,                   :    Case No. 13-11976 (    )
                                               :
                Debtor.                        :
-----------------------------------------------x
In re                                          :    Chapter 11
                                               :
R/M of Tennessee L.P., Inc.,                   :    Case No. 13-11977 (    )
                                               :
                Debtor.                        :
-----------------------------------------------x
In re                                          :    Chapter 11
                                               :
RMC Corporate Center, L.L.C.,                  :    Case No. 13-11978 (    )
                                               :
                Debtor.                        :
-----------------------------------------------x
```

01:13977045.1

```
------------------------------------------------x
In re                                           :    Chapter 11
                                                :
Rural/Metro (Delaware) Inc.,                    :    Case No. 13-11979 (      )
                                                :
                  Debtor.                       :
------------------------------------------------x
In re                                           :    Chapter 11
                                                :
Rural/Metro Corporation (AZ),                   :    Case No. 13-11980 (      )
                                                :
                  Debtor.                       :
------------------------------------------------x
In re                                           :    Chapter 11
                                                :
Rural/Metro Corporation of Florida,             :    Case No. 13-11981 (      )
                                                :
                  Debtor.                       :
------------------------------------------------x
In re                                           :    Chapter 11
                                                :
Rural/Metro Corporation of Tennessee,           :    Case No. 13-11982 (      )
                                                :
                  Debtor.                       :
------------------------------------------------x
In re                                           :    Chapter 11
                                                :
Rural/Metro Fire Dept., Inc.,                   :    Case No. 13-11983 (      )
                                                :
                  Debtor.                       :
------------------------------------------------x
In re                                           :    Chapter 11
                                                :
Rural/Metro Mid-South, L.P.,                    :    Case No. 13-11984 (      )
                                                :
                  Debtor.                       :
------------------------------------------------x
In re                                           :    Chapter 11
                                                :
Rural/Metro of Brewerton, Inc.,                 :    Case No. 13-11985 (      )
                                                :
                  Debtor.                       :
------------------------------------------------x
```

01:13977045.1

```
-----------------------------------------------x
In re                                          :    Chapter 11
                                               :
Rural/Metro of California, Inc.,               :    Case No. 13-11986 (    )
                                               :
                    Debtor.                    :
-----------------------------------------------x
In re                                          :    Chapter 11
                                               :
Rural/Metro of Central Alabama, Inc.,          :    Case No. 13-11987 (    )
                                               :
                    Debtor.                    :
-----------------------------------------------x
In re                                          :    Chapter 11
                                               :
Rural/Metro of Central Colorado, Inc.,         :    Case No. 13-11988 (    )
                                               :
                    Debtor.                    :
-----------------------------------------------x
In re                                          :    Chapter 11
                                               :
Rural/Metro of Central Ohio, Inc.,             :    Case No. 13-11989 (    )
                                               :
                    Debtor.                    :
-----------------------------------------------x
In re                                          :    Chapter 11
                                               :
Rural/Metro of Greater Seattle, Inc.,          :    Case No. 13-11990 (    )
                                               :
                    Debtor.                    :
-----------------------------------------------x
In re                                          :    Chapter 11
                                               :
Rural/Metro of Indiana, L.P.,                  :    Case No. 13-11991 (    )
                                               :
                    Debtor.                    :
-----------------------------------------------x
In re                                          :    Chapter 11
                                               :
Rural/Metro of New York, Inc.,                 :    Case No. 13-11992 (    )
                                               :
                    Debtor.                    :
-----------------------------------------------x
```

01:13977045.1

```
------------------------------------------------x
In re                                           :    Chapter 11
                                                :
Rural/Metro of Northern California, Inc.,       :    Case No. 13-11993 (      )
                                                :
              Debtor.                           :
------------------------------------------------x
In re                                           :    Chapter 11
                                                :
Rural/Metro of Northern Ohio, Inc.,             :    Case No. 13-11994 (      )
                                                :
              Debtor.                           :
------------------------------------------------x
In re                                           :    Chapter 11
                                                :
Rural/Metro of Ohio, Inc.,                      :    Case No. 13-11995 (      )
                                                :
              Debtor.                           :
------------------------------------------------x
In re                                           :    Chapter 11
                                                :
Rural/Metro of Oregon, Inc.,                    :    Case No. 13-11996 (      )
                                                :
              Debtor.                           :
------------------------------------------------x
In re                                           :    Chapter 11
                                                :
Rural/Metro of Rochester, Inc.,                 :    Case No. 13-11997 (      )
                                                :
              Debtor.                           :
------------------------------------------------x
In re                                           :    Chapter 11
                                                :
Rural/Metro of San Diego, Inc.,                 :    Case No. 13-11998 (      )
                                                :
              Debtor.                           :
------------------------------------------------x
In re                                           :    Chapter 11
                                                :
Rural/Metro of Southern California, Inc.,       :    Case No. 13-11999 (      )
                                                :
              Debtor.                           :
------------------------------------------------x
```

01:13977045.1

```
---------------------------------------------x
In re                               :    Chapter 11
                                    :
Rural/Metro of Southern Ohio, Inc., :    Case No. 13-12000 (      )
                                    :
            Debtor.                 :
---------------------------------------------x
In re                               :    Chapter 11
                                    :
Rural/Metro of Tennessee L.P.,      :    Case No. 13-12001 (      )
                                    :
            Debtor.                 :
---------------------------------------------x
In re                               :    Chapter 11
                                    :
Rural/Metro Operating Company, LLC, :    Case No. 13-12002 (      )
                                    :
            Debtor.                 :
---------------------------------------------x
In re                               :    Chapter 11
                                    :
San Diego Medical Services          :
Enterprise, L.L.C.,                 :    Case No. 13-12003 (      )
                                    :
            Debtor.                 :
---------------------------------------------x
In re                               :    Chapter 11
                                    :
Sioux Falls Ambulance, Inc.,        :    Case No. 13-12004 (      )
                                    :
            Debtor.                 :
---------------------------------------------x
In re                               :    Chapter 11
                                    :
Southwest Ambulance and Rescue      :
of Arizona, Inc.,                   :    Case No. 13-12005 (      )
                                    :
            Debtor.                 :
---------------------------------------------x
In re                               :    Chapter 11
                                    :
Southwest Ambulance of Casa Grande, Inc., :  Case No. 13-12006 (      )
                                    :
            Debtor.                 :
---------------------------------------------x
```

01:13977045.1

```
-----------------------------------------------x
In re                                          :    Chapter 11
                                               :
Southwest Ambulance of New Mexico, Inc., :          Case No. 13-12007 (      )
                                               :
            Debtor.                            :
-----------------------------------------------x
In re                                          :    Chapter 11
                                               :
Southwest Ambulance of Southeastern            :
Arizona, Inc.,                                 :    Case No. 13-12008 (      )
                                               :
            Debtor.                            :
-----------------------------------------------x
In re                                          :    Chapter 11
                                               :
Southwest Ambulance of Tucson, Inc.,           :    Case No. 13-12009 (      )
                                               :
            Debtor.                            :
-----------------------------------------------x
In re                                          :    Chapter 11
                                               :
Southwest General Services, Inc.,              :    Case No. 13-12010 (      )
                                               :
            Debtor.                            :
-----------------------------------------------x
In re                                          :    Chapter 11
                                               :
SW General Inc.,                               :    Case No. 13-12011 (      )
                                               :
            Debtor.                            :
-----------------------------------------------x
In re                                          :    Chapter 11
                                               :
The Aid Ambulance Company, Inc.,               :    Case No. 13-12012 (      )
                                               :
            Debtor.                            :
-----------------------------------------------x
In re                                          :    Chapter 11
                                               :
The Aid Company, Inc.,                         :    Case No. 13-12013 (      )
                                               :
            Debtor.                            :
-----------------------------------------------x
```

```
-------------------------------------------------x
In re                          :      Chapter 11
                               :
Towns Ambulance Service, Inc., :      Case No. 13-12014 (      )
                               :
              Debtor.          :
-------------------------------------------------x
In re                          :      Chapter 11
                               :
Valley Fire Service, Inc.,     :      Case No. 13-12015 (      )
                               :
              Debtor.          :
-------------------------------------------------x
In re                          :      Chapter 11
                               :
W & W Leasing Company, Inc.,   :      Case No. 13-12016 (      )
                               :
              Debtor.          :
-------------------------------------------------x
In re                          :      Chapter 11
                               :
WP Rocket Holdings, Inc.,      :      Case No. 13-12017 (      )
                               :
              Debtor.          :
-------------------------------------------------x
```

## MOTION FOR ENTRY OF AN ORDER APPROVING
## JOINT ADMINISTRATION OF DEBTORS' CHAPTER 11 CASES

The debtors and debtors in possession in the above-captioned cases (collectively,

the "**Debtors**") hereby move for entry of an order, pursuant to Rule 1015(b) of the Federal Rules

of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Rule 1015-1 of the Local Rules of

Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of

Delaware (the "**Local Rules**"), directing the joint administration of the Debtors' chapter 11 cases

(the "**Motion**"). In support of the Motion, the Debtors rely upon and incorporate by reference

the Declaration of Stephen Farber in Support of Chapter 11 Petitions and First Day Pleadings

(the "**Farber Declaration**"), which was filed with the Court concurrently herewith. In further

support of the Motion, the Debtors, by and through their undersigned proposed co-counsel, respectfully represent:

## BACKGROUND

1.       On the date hereof (the "**Petition Date**"), Rural/Metro Corporation ("**Rural/Metro**") and each of the other Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**").  The Debtors intend to continue in the possession of their respective properties and the management of their respective businesses as debtors in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code. The Debtors have requested that these chapter 11 cases be consolidated for procedural purposes. As of the date hereof, no trustee, examiner or official committee has been appointed in any of the Debtors' cases.

2.       The events leading up to the Petition Date and the facts and circumstances supporting the relief requested herein are set forth in the Farber Declaration.

## JURISDICTION

3.       This Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).  Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.  The statutory predicates for the relief requested herein are section 105(a) of the Bankruptcy Code, Bankruptcy Rule 1015(b), and Local Rule 1015-1.

## RELIEF REQUESTED

4.       By this Motion, the Debtors seek entry of an order, pursuant to Bankruptcy Rule 1015 and Local Rule 1015-1, consolidating the Debtors' chapter 11 cases for procedural purposes only.

01:13977045.1

**BASIS FOR RELIEF**

5.      Bankruptcy Rule 1015 authorizes the Court to order the joint administration of two or more cases pending before it under the Bankruptcy Code when affiliated debtors are involved.  Further, Local Rule 1015-1 provides as follows:  "[a]n order of joint administration may be entered, without notice and an opportunity for hearing, upon the filing of a motion for joint administration pursuant to Fed. R. Bankr. P. 1015, supported by an affidavit, declaration or verification, which establishes that the joint administration of two or more cases pending in this Court under title 11 is warranted and will ease the administrative burden for the Court and the parties."  Del. Bankr. L.R. 1015-1.

6.      The Debtors believe that it would be most efficient for the administration of these cases if the Court were to authorize their joint administration.  The Debtors anticipate that practically all of the hearings and matters involved in these chapter 11 cases will affect all of the Debtors.  If approved, joint administration will reduce costs, facilitate administrative efficiency, and avoid the procedural problems otherwise attendant to the administration of separate but related chapter 11 cases.  The Court will be relieved of the burden of entering duplicative orders and maintaining duplicative files.  Furthermore, supervision of the administrative aspects of these chapter 11 cases by the United States Trustee for the District of Delaware (the "**U.S. Trustee**") will be simplified.  Moreover, no party's substantive rights will be prejudiced by the relief requested herein.

7.      The joint administration of multiple related cases is common in this District.  See, e.g., In re Coda Holdings, Inc., Case No. 13-11153 (CSS) (Bankr. D. Del. May 3, 2013); In re Otelco Inc., Case No. 13-10593 (MFW) (Bankr. D. Del. Mar. 26, 2013); In re WP Steel Venture LLC, Case No. 12-11661 (KJC) (Bankr. D. Del. June 1, 2012); In re BT Tires Group Holding, LLC, Case No. 09-11173 (CSS) (Bankr. D. Del. Apr. 3, 2009); In re ACG

01:13977045.1

Holdings, Inc., Case No. 08-11467 (CSS) (Bankr. D. Del. July 16, 2008); In re Pierre Foods,

Inc., Case No. 08-11480 (KG) (Bankr. D. Del. July 16, 2008); In re Tropicana Entm't, LLC,

Case No. 08-10856 (KJC) (Bankr. D. Del. May 6, 2008); In re Leiner Health Prods., Inc., Case

No. 08-10446 (KJC) (Bankr. D. Del. Mar. 12, 2008); In re Wickes Holdings, LLC, Case No. 08-

10212 (KJC) (Bankr. D. Del. Feb. 5, 2008).

        8.     The Debtors request that one file and one docket be maintained for all of

the jointly administered cases under the case of Rural/Metro Corporation.  In addition, the

Debtors propose that all pleadings relating to the Debtors' cases contain the following joint

caption:

IN THE UNITED STATES BANKRUPTCY COURT<br>
FOR THE DISTRICT OF DELAWARE

```
---------------------------------------------------x
In re                              :    Chapter 11
                                   :
Rural/Metro Corporation, et al., 1 :    Case No. 13-11952 (      )
                                   :
            Debtors.               :    (Jointly Administered)
---------------------------------------------------x
```

        9.     The Debtors also request that all original pleadings be captioned as

indicated in the preceding decretal paragraph and all original docket entries shall be made in the

case of Rural/Metro Corporation, Case No. 13-11952 (____), and a docket entry shall be made in

the other Debtors' chapter 11 cases substantially as follows:

> "An order has been entered in this case directing the
> procedural consolidation and joint administration of the
> chapter 11 cases of Rural/Metro Corporation and its
> affiliates that have concurrently commenced chapter 11
> cases.  The docket in the chapter 11 case of Rural/Metro

---

[1]    A list of the Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer
identification number is attached as Schedule 1 to the Declaration of Stephen Farber in Support of Chapter
11 Petition and First Day Pleadings [Docket No. 2] and at www.donlinrecano.com/rmc.  The Debtors'
headquarters are located at 9221 E. Via de Ventura, Scottsdale, AZ 85258.

01:13977045.1

Corporation, Case No. 13-11952 (__), should be consulted for all matters affecting this case."

10.     Section 342(c)(1) of the Bankruptcy Code requires that any notice required to be given to creditors by the Debtors shall contain "the name, address, and last 4 digits of the taxpayer identification number of the debtor." The Debtors submit that their proposed footnote complies with Section 342(c)(1) as the information will be publicly available at all times in the Farber Declaration and at www.donlinrecano.com/rmc. To the extent the Debtors require a waiver of section 342(c)(1) of the Bankruptcy Code, the Debtors request that the Court grant such a waiver.

11.     As the relief sought herein is procedural and not intended to affect substantive rights, no party will be prejudiced by the granting of this Motion.

## NOTICE

12.     Notice of this Motion will be given to: (a) the U.S. Trustee; (b) Credit Suisse, AG, as the administrative agent under the Debtors' prepetition secured credit agreement and its counsel;  (c) counsel to Wells Fargo, indenture trustee for the Debtors' senior unsecured notes and its counsel; (d) counsel to certain of the Debtors' senior unsecured noteholders; and (e) the Debtors' fifty (50) largest unsecured creditors on a consolidated basis. The Debtors submit that, under the circumstances, no other or further notice is required.

**CONCLUSION**

WHEREFORE, the Debtors respectfully request that the Court enter an order, substantially in the form annexed hereto as <u>Exhibit A</u>, granting the relief requested in the Motion and such other and further relief for the Debtors as may be just and proper.

Dated:  August 4, 2013
      Wilmington, Delaware

    YOUNG CONAWAY STARGATT & TAYLOR, LLP

    Edmon L. Morton (No. 3856)
    Maris J. Kandestin (No. 5294)
    Rodney Square
    1000 North King Street
    Wilmington, DE  19801
    (302) 571-6600
    (302) 571-1253 (Fax)
    emorton@ycst.com
    mkandestin@ycst.com

        -and-

    WILLKIE FARR & GALLAGHER LLP
    Matthew A. Feldman
    Rachel C. Strickland
    Daniel I. Forman
    787 Seventh Avenue
    New York, New York 10019
    (212) 728-8000
    (212) 728-8111 (Fax)
    mfeldman@willkie.com
    rstrickland@willkie.com
    dforman@willkie.com

    *Proposed Co-Counsel to the Debtors and*
    *Debtors in Possession*

01:13977045.1

- 15 -

### Schedule 1

The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are:

| | |
|---|---|
| Arizona EMS Holdings, Inc. (AZ) (7244) | Rural/Metro of Brewerton, Inc. (NY) (0912) |
| Beacon Transportation, Inc. (NY) (4028) | Rural/Metro of California, Inc. (DE) (8164) |
| Bowers Companies, Inc. (CA) (6465) | Rural/Metro of Central Alabama, Inc. (DE) (5348) |
| ComTrans Ambulance Service, Inc. (AZ) (6923) | Rural/Metro of Central Colorado, Inc. (DE) (6583) |
| Corning Ambulance Service, Inc. (NY) (5659) | Rural/Metro of Central Ohio, Inc. (DE) (2407) |
| Donlock, Ltd. (PA) (0659) | Rural/Metro of Greater Seattle, Inc. (WA) (6902) |
| E.M.S. Ventures, Inc. (GA) (3254) | Rural/Metro of Indiana, L.P. (DE) (9954) |
| Eastern Ambulance Service, Inc. (NE) (7359) | Rural/Metro of New York, Inc. (DE) (0083) |
| Eastern Paramedics, Inc. (DE) (1102) | Rural/Metro of Northern California, Inc. (DE) (3227) |
| Emergency Medical Transport, Inc. (AZ) (3878) | Rural/Metro of Northern Ohio, Inc. (DE) (8398) |
| EMS Ventures of South Carolina, Inc. (SC) (4174) | Rural/Metro of Ohio, Inc (DE) (0488) |
| Gold Cross Ambulance Service of PA, Inc. (OH) (9869) | Rural/Metro of Oregon, Inc. (DE) (3435) |
| Gold Cross Ambulance Services, Inc. (DE) (4792) | Rural/Metro of Rochester, Inc. (NY) (0148) |
| Lasalle Ambulance, Inc. (NY) (4422) | Rural/Metro of San Diego, Inc. (CA) (4132) |
| Medical Emergency Devices and Services (Meds), Inc. (AZ) (2218) | Rural/Metro of Southern California, Inc. (DE) (1679) |
| Mercury Ambulance Service, Inc. (KY) (8659) | Rural/Metro of Southern Ohio, Inc. (OH) (9303) |
| Metro Care Corp. (OH) (3994) | Rural/Metro of Tennessee, L.P. (DE) (3714) |
| National Ambulance & Oxygen Service, Inc. (NY) (9150) | Rural/Metro Operating Company, LLC (DE) (7563) |
| North Miss. Ambulance Service, Inc. (MS) (4696) | San Diego Medical Services Enterprise, L.L.C. (CA) (4136) |
| Pacific Ambulance, Inc. (CA) (7781) | Sioux Falls Ambulance, Inc. (SD) (4797) |
| Professional Medical Transport, Inc. (AZ) (6661) | Southwest Ambulance and Rescue of Arizona, Inc. (AZ) (9229) |
| R/M Arizona Holdings, Inc. (AZ) (6302) | Southwest Ambulance of Casa Grande, Inc. (AZ) (2807) |
| R/M Management Co., Inc. (AZ) (3444) | Southwest Ambulance of New Mexico, Inc. (NM) (5701) |
| R/M of Tennessee G.P., Inc. (DE) (0819) | Southwest Ambulance of Southeastern Arizona, Inc. (AZ) (8415) |
| R/M of Tennessee L.P., Inc. (DE) (0821) | Southwest Ambulance of Tucson, Inc. (AZ) (3618) |
| RMC Corporate Center, L.L.C. (AZ) (4546) | Southwest General Services, Inc. (AZ) (7537) |
| Rural/Metro (Delaware) Inc. (DE) (1572) | SW General Inc. (AZ) (4455) |
| Rural/Metro Corporation (AZ) (4388) | The Aid Ambulance Company, Inc. (DE) (4432) |
| Rural/Metro Corporation (DE) (6929) | The Aid Company, Inc. (IN) (8091) |
| Rural/Metro Corporation of Florida (FL) (4668) | Towns Ambulance Service, Inc. (NY) (8281) |
| Rural/Metro Corporation of Tennessee (TN) (9245) | Valley Fire Service, Inc. (DE) (6188) |
| Rural/Metro Fire Dept., Inc. (AZ) (3445) | W & W Leasing Company, Inc. (AZ) (1806) |
| Rural/Metro Mid-South, L.P. (DE) (4413) | WP Rocket Holdings, Inc. (DE) (9609) |

## EXHIBIT A

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------x
In re                              :   Chapter 11
                                   :
Rural/Metro Corporation, [1]       :   Case No. 13-11952 (      )
                                   :
            Debtor.                :
------------------------------------------------x
In re                              :   Chapter 11
                                   :
Arizona EMS Holdings, Inc.,        :   Case No. 13-11953 (      )
                                   :
            Debtor.                :
------------------------------------------------x
In re                              :   Chapter 11
                                   :
Beacon Transportation, Inc.,       :   Case No. 13-11954 (      )
                                   :
            Debtor.                :
------------------------------------------------x
In re                              :   Chapter 11
                                   :
Bowers Companies, Inc.,            :   Case No. 13-11955 (      )
                                   :
            Debtor.                :
------------------------------------------------x
In re                              :   Chapter 11
                                   :
ComTrans Ambulance Service, Inc.,  :   Case No. 13-11956 (      )
                                   :
            Debtor.                :
------------------------------------------------x
In re                              :   Chapter 11
                                   :
Corning Ambulance Service, Inc.,   :   Case No. 13-11957 (      )
                                   :
            Debtor.                :
------------------------------------------------x
```

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are listed in <u>Schedule 1</u>. The Debtors' headquarters are located at 9221 E. Via de Ventura, Scottsdale, AZ 85258.

01:13977045.1

```
-----------------------------------------x
In re                                    :    Chapter 11
                                         :
Donlock, Ltd.,                           :    Case No. 13-11958 (    )
                                         :
              Debtor.                    :
-----------------------------------------x
In re                                    :    Chapter 11
                                         :
E.M.S. Ventures, Inc.,                   :    Case No. 13-11959 (    )
                                         :
              Debtor.                    :
-----------------------------------------x
In re                                    :    Chapter 11
                                         :
Eastern Ambulance Service, Inc.,         :    Case No. 13-11960 (    )
                                         :
              Debtor.                    :
-----------------------------------------x
In re                                    :    Chapter 11
                                         :
Eastern Paramedics, Inc.,                :    Case No. 13--11961 (    )
                                         :
              Debtor.                    :
-----------------------------------------x
In re                                    :    Chapter 11
                                         :
Emergency Medical Transport, Inc.,       :    Case No. 13--11962 (    )
                                         :
              Debtor.                    :
-----------------------------------------x
In re                                    :    Chapter 11
                                         :
EMS Ventures of South Carolina, Inc.,    :    Case No. 13-11963 (    )
                                         :
              Debtor.                    :
-----------------------------------------x
In re                                    :    Chapter 11
                                         :
Gold Cross Ambulance Service of PA, Inc., :   Case No. 13-11964 (    )
                                         :
              Debtor.                    :
-----------------------------------------x
```

01:13977045.1

- 2 -

```
---------------------------------------------------x
In re                                 :    Chapter 11
                                      :
Gold Cross Ambulance Services, Inc.,  :    Case No. 13-11965 (      )
                                      :
            Debtor.                   :
---------------------------------------------------x
In re                                 :    Chapter 11
                                      :
Lasalle Ambulance, Inc.,              :    Case No. 13-11966 (      )
                                      :
            Debtor.                   :
---------------------------------------------------x
In re                                 :    Chapter 11
                                      :
Medical Emergency Devices and         :
Services (Meds), Inc.,                :    Case No. 13-11967 (      )
                                      :
            Debtor.                   :
---------------------------------------------------x
In re                                 :    Chapter 11
                                      :
Mercury Ambulance Service, Inc.,      :    Case No. 13-11968 (      )
                                      :
            Debtor.                   :
---------------------------------------------------x
In re                                 :    Chapter 11
                                      :
Metro Care Corp.,                     :    Case No. 13-11969 (      )
                                      :
            Debtor.                   :
---------------------------------------------------x
In re                                 :    Chapter 11
                                      :
National Ambulance & Oxygen           :
Service, Inc.,                        :    Case No. 13-11970 (      )
                                      :
            Debtor.                   :
---------------------------------------------------x
In re                                 :    Chapter 11
                                      :
North Miss. Ambulance Service, Inc.,  :    Case No. 13-11971 (      )
                                      :
            Debtor.                   :
---------------------------------------------------x
```

```
-------------------------------------------------x
In re                                    :     Chapter 11
                                         :
Pacific Ambulance, Inc.,                 :     Case No. 13-11972 (      )
                                         :
              Debtor.                    :
-------------------------------------------------x
In re                                    :     Chapter 11
                                         :
Professional Medical Transport, Inc.,    :     Case No. 13-11973 (      )
                                         :
              Debtor.                    :
-------------------------------------------------x
In re                                    :     Chapter 11
                                         :
R/M Arizona Holdings, Inc.,              :     Case No. 13-11974 (      )
                                         :
              Debtor.                    :
-------------------------------------------------x
In re                                    :     Chapter 11
                                         :
R/M Management Co., Inc.,                :     Case No. 13-11975 (      )
                                         :
              Debtor.                    :
-------------------------------------------------x
In re                                    :     Chapter 11
                                         :
R/M of Tennessee G.P., Inc.,             :     Case No. 13-11976 (      )
                                         :
              Debtor.                    :
-------------------------------------------------x
In re                                    :     Chapter 11
                                         :
R/M of Tennessee L.P., Inc.,             :     Case No. 13-11977 (      )
                                         :
              Debtor.                    :
-------------------------------------------------x
In re                                    :     Chapter 11
                                         :
RMC Corporate Center, L.L.C.,            :     Case No. 13-11978 (      )
                                         :
              Debtor.                    :
-------------------------------------------------x
```

```
-----------------------------------------------------x
In re                                     :     Chapter 11
                                          :
Rural/Metro (Delaware) Inc.,              :     Case No. 13-11979 (     )
                                          :
                    Debtor.               :
-----------------------------------------------------x
In re                                     :     Chapter 11
                                          :
Rural/Metro Corporation (AZ),             :     Case No. 13-11980 (     )
                                          :
                    Debtor.               :
-----------------------------------------------------x
In re                                     :     Chapter 11
                                          :
Rural/Metro Corporation of Florida,       :     Case No. 13-11981 (     )
                                          :
                    Debtor.               :
-----------------------------------------------------x
In re                                     :     Chapter 11
                                          :
Rural/Metro Corporation of Tennessee,     :     Case No. 13-11982 (     )
                                          :
                    Debtor.               :
-----------------------------------------------------x
In re                                     :     Chapter 11
                                          :
Rural/Metro Fire Dept., Inc.,             :     Case No. 13-11983 (     )
                                          :
                    Debtor.               :
-----------------------------------------------------x
In re                                     :     Chapter 11
                                          :
Rural/Metro Mid-South, L.P.,              :     Case No. 13-11984 (     )
                                          :
                    Debtor.               :
-----------------------------------------------------x
In re                                     :     Chapter 11
                                          :
Rural/Metro of Brewerton, Inc.,           :     Case No. 13-11985 (     )
                                          :
                    Debtor.               :
-----------------------------------------------------x
```

01:13977045.1

```
----------------------------------------------x
In re                                         :    Chapter 11
                                              :
Rural/Metro of California, Inc.,              :    Case No. 13-11986 (        )
                                              :
                            Debtor.           :
----------------------------------------------x
In re                                         :    Chapter 11
                                              :
Rural/Metro of Central Alabama, Inc.,         :    Case No. 13-11987 (        )
                                              :
                            Debtor.           :
----------------------------------------------x
In re                                         :    Chapter 11
                                              :
Rural/Metro of Central Colorado, Inc.,        :    Case No. 13-11988 (        )
                                              :
                            Debtor.           :
----------------------------------------------x
In re                                         :    Chapter 11
                                              :
Rural/Metro of Central Ohio, Inc.,            :    Case No. 13-11989 (        )
                                              :
                            Debtor.           :
----------------------------------------------x
In re                                         :    Chapter 11
                                              :
Rural/Metro of Greater Seattle, Inc.,         :    Case No. 13-11990 (        )
                                              :
                            Debtor.           :
----------------------------------------------x
In re                                         :    Chapter 11
                                              :
Rural/Metro of Indiana, L.P.,                 :    Case No. 13-11991 (        )
                                              :
                            Debtor.           :
----------------------------------------------x
In re                                         :    Chapter 11
                                              :
Rural/Metro of New York, Inc.,                :    Case No. 13-11992 (        )
                                              :
                            Debtor.           :
----------------------------------------------x
```

```
-----------------------------------------------x
In re                                          :    Chapter 11
                                               :
Rural/Metro of Northern California, Inc.,      :    Case No. 13-11993 (    )
                                               :
              Debtor.                          :
-----------------------------------------------x
In re                                          :    Chapter 11
                                               :
Rural/Metro of Northern Ohio, Inc.,            :    Case No. 13-11994 (    )
                                               :
              Debtor.                          :
-----------------------------------------------x
In re                                          :    Chapter 11
                                               :
Rural/Metro of Ohio, Inc.,                     :    Case No. 13-11995 (    )
                                               :
              Debtor.                          :
-----------------------------------------------x
In re                                          :    Chapter 11
                                               :
Rural/Metro of Oregon, Inc.,                   :    Case No. 13-11996 (    )
                                               :
              Debtor.                          :
-----------------------------------------------x
In re                                          :    Chapter 11
                                               :
Rural/Metro of Rochester, Inc.,                :    Case No. 13-11997 (    )
                                               :
              Debtor.                          :
-----------------------------------------------x
In re                                          :    Chapter 11
                                               :
Rural/Metro of San Diego, Inc.,                :    Case No. 13-11998 (    )
                                               :
              Debtor.                          :
-----------------------------------------------x
In re                                          :    Chapter 11
                                               :
Rural/Metro of Southern California, Inc.,      :    Case No. 13-11999 (    )
                                               :
              Debtor.                          :
-----------------------------------------------x
```

01:13977045.1

```
------------------------------------------------------x
In re                                          :      Chapter 11
                                               :
Rural/Metro of Southern Ohio, Inc.,            :      Case No. 13-12000 (     )
                                               :
              Debtor.                          :
------------------------------------------------------x
In re                                          :      Chapter 11
                                               :
Rural/Metro of Tennessee L.P.,                 :      Case No. 13-12001 (     )
                                               :
              Debtor.                          :
------------------------------------------------------x
In re                                          :      Chapter 11
                                               :
Rural/Metro Operating Company, LLC,            :      Case No. 13-12002 (     )
                                               :
              Debtor.                          :
------------------------------------------------------x
In re                                          :      Chapter 11
                                               :
San Diego Medical Services                     :
Enterprise, L.L.C.,                            :      Case No. 13-12003 (     )
                                               :
              Debtor.                          :
------------------------------------------------------x
In re                                          :      Chapter 11
                                               :
Sioux Falls Ambulance, Inc.,                   :      Case No. 13-12004 (     )
                                               :
              Debtor.                          :
------------------------------------------------------x
In re                                          :      Chapter 11
                                               :
Southwest Ambulance and Rescue                 :
of Arizona, Inc.,                              :      Case No. 13-12005 (     )
                                               :
              Debtor.                          :
------------------------------------------------------x
In re                                          :      Chapter 11
                                               :
Southwest Ambulance of Casa Grande, Inc., :          Case No. 13-12006 (     )
                                               :
              Debtor.                          :
------------------------------------------------------x
```

01:13977045.1

```
-----------------------------------------x
In re                                    :    Chapter 11
                                         :
Southwest Ambulance of New Mexico, Inc., :    Case No. 13-12007 (    )
                                         :
              Debtor.                    :
-----------------------------------------x
In re                                    :    Chapter 11
                                         :
Southwest Ambulance of Southeastern      :
Arizona, Inc.,                           :    Case No. 13-12008 (    )
                                         :
              Debtor.                    :
-----------------------------------------x
In re                                    :    Chapter 11
                                         :
Southwest Ambulance of Tucson, Inc.,     :    Case No. 13-12009 (    )
                                         :
              Debtor.                    :
-----------------------------------------x
In re                                    :    Chapter 11
                                         :
Southwest General Services, Inc.,        :    Case No. 13-12010 (    )
                                         :
              Debtor.                    :
-----------------------------------------x
In re                                    :    Chapter 11
                                         :
SW General Inc.,                         :    Case No. 13-12011 (    )
                                         :
              Debtor.                    :
-----------------------------------------x
In re                                    :    Chapter 11
                                         :
The Aid Ambulance Company, Inc.,         :    Case No. 13-12012 (    )
                                         :
              Debtor.                    :
-----------------------------------------x
In re                                    :    Chapter 11
                                         :
The Aid Company, Inc.,                   :    Case No. 13-12013 (    )
                                         :
              Debtor.                    :
-----------------------------------------x
```

```
-----------------------------------------------x
In re                                   :      Chapter 11
                                        :
Towns Ambulance Service, Inc.,          :      Case No. 13-12014 (      )
                                        :
              Debtor.                   :
-----------------------------------------------x
In re                                   :      Chapter 11
                                        :
Valley Fire Service, Inc.,              :      Case No. 13-12015 (      )
                                        :
              Debtor.                   :
-----------------------------------------------x
In re                                   :      Chapter 11
                                        :
W & W Leasing Company, Inc.,            :      Case No. 13-12016 (      )
                                        :
              Debtor.                   :
-----------------------------------------------x
In re                                   :      Chapter 11
                                        :
WP Rocket Holdings, Inc.,               :      Case No. 13-12017 (      )
                                        :
              Debtor.                   :      Re: Docket No. _____
-----------------------------------------------x
```

## ORDER APPROVING JOINT
## <u>ADMINISTRATION OF DEBTORS' CHAPTER 11 CASES</u>

Upon the motion (the "**Motion**") of the debtors and debtors in possession in the

above-captioned cases (collectively, the "**Debtors**") for entry of an order, pursuant to Rule 1015

of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Rule 1015-1 of the

Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the

District of Delaware, authorizing the joint administration of the Debtors' cases under chapter 11

of title 11 of the United States Code; and notice having been given as set forth in the Motion; and

upon the Declaration of Stephen Farber in Support of Chapter 11 Petitions and First Day

Pleadings; and it appearing that no other or further notice is required; and the Court having

jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing*

*Order of Reference* from the United States District Court for the District of Delaware dated as of

February 29, 2012; and after due deliberation and sufficient cause appearing therefore, it is

hereby

ORDERED, ADJUDGED, and DECREED that:

1.       The Motion is granted to the extent set forth herein.

2.       The above-captioned cases are consolidated for procedural purposes only

and shall be administered jointly under Case No. 13-11952 (        ) in accordance with the

provisions of Bankruptcy Rule 1015.

3.       The joint caption of the Debtors' cases shall read as follows:

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------x

In re                                                              :        Chapter 11
                                                                     :
Rural/Metro Corporation, et al.[1],          :        Case No. 13-11952 (        )
                                                                     :
                        Debtors.                         :        (Jointly Administered)

-----------------------------------------------------x

4.       All original pleadings shall be captioned as indicated in the preceding

decretal paragraph and all original docket entries shall be made in the case of Rural/Metro

Corporation, Case No. 13-11952 (_____).

5.       The Court hereby grants the Debtors a waiver of strict compliance with

section 342(c)(1) of the Bankruptcy Code and finds that the information provided in the footnote

of the joint caption is adequate.

---

[1]       A list of the Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer
identification number is attached as Schedule 1 to the Declaration of Stephen Farber in Support of Chapter
11 Petition and First Day Pleadings [Docket No. 2] and at www.donlinrecano.com/rmc. The Debtors'
headquarters are located at 9221 E. Via de Ventura, Scottsdale, AZ 85258.

01:13977045.1

- 11 -

6.      A docket entry shall be made in the other Debtors' chapter 11 cases

substantially as follows:

> "An order has been entered in this case directing the procedural
> consolidation and joint administration of the chapter 11 cases of
> Rural/Metro Corporation and its affiliates that have concurrently
> commenced chapter 11 cases.  The docket in the chapter 11 case of
> Rural/Metro Corporation, Case No. 13-11952  (__), should be consulted
> for all matters affecting this case."

7.      This Court retains jurisdiction with respect to all matters arising from or

related to the implementation or interpretation of this Order.

Dated: _____, 2013
         Wilmington, Delaware

                              _____
                              UNITED STATES BANKRUPTCY JUDGE