IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| Rural/Metro Corporation, <u>et</u> <u>al.</u>,[1] | : | Case No. 13-11952 (KJC) |
| | : | |
| Debtors. | : | (Jointly Administered) |

--------------------------------------------------------x

### DEBTORS' MOTION FOR ORDER EXTENDING DEADLINE FOR DEBTORS TO FILE THEIR SCHEDULES AND STATEMENTS OF FINANCIAL AFFAIRS

The debtors and debtors in possession in the above-captioned cases (collectively, the "**Debtors**") hereby move for entry of an order, pursuant to Rule 1007(c) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Rule 1007-1(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), extending the deadline (the "**Schedules Deadline**") by which the Debtors must file their schedules of assets and liabilities (the "**Schedules**") and their statements of financial affairs (the "**SOFAs**") by sixty (60) days (the "**Motion**").  In support of the Motion, the Debtors rely upon and incorporate by reference the Declaration of Stephen Farber In Support of Chapter 11 Petitions and First Day Pleadings (the "**Farber Declaration**"), which was filed with the Court concurrently herewith.  In further support of the Motion, the Debtors, by and through their undersigned proposed co-counsel, respectfully represent:

### BACKGROUND

1.      On August 4, 2013 (the "**Petition Date**"), each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the

---

[1]     A list of the Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number is attached as <u>Schedule 1</u> to the Declaration of Stephen Farber in Support of Chapter 11 Petition and First Day Pleadings [Docket No. 2] and at www.donlinrecano.com/rmc.  The Debtors' headquarters are located at 9221 E. Via de Ventura, Scottsdale, AZ 85258.

01:13985111.1

"**Bankruptcy Code**").  The Debtors are continuing in the possession of their respective

properties and the management of their respective businesses as debtors in possession pursuant

to sections 1107 and 1108 of the Bankruptcy Code.  These chapter 11 cases have been

consolidated for procedural purposes only.  As of the date hereof, no trustee, examiner or official

committee has been appointed in any of the Debtors' cases.

2.     The events leading up to the Petition Date and the facts and circumstances

supporting the relief requested herein are set forth in the Farber Declaration.

## JURISDICTION

3.     This Court has jurisdiction to consider the Motion pursuant to 28 U.S.C.

§§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District

Court for the District of Delaware dated as of February 29, 2012.  This is a core proceeding

pursuant to 28 U.S.C. § 157(b).  Venue of these cases and this Motion in this district is proper

pursuant to 28 U.S.C. §§ 1408 and 1409.  The statutory predicates for the relief requested herein

are section 105(a) of the Bankruptcy Code, Bankruptcy Rule 1007(c) and Local Rule 1007-1(b).

## RELIEF REQUESTED

4.     By this Motion, the Debtors request that the Court enter an order

extending the Schedules Deadline to sixty (60) days after the Petition Date, from September 3,

2013, the date the Schedules and SOFAs are otherwise required to be filed pursuant to

Bankruptcy Rule 1007(c) and Local Rule 1007-1(b), through and including October 3, 2013,

without prejudice to the Debtors' right to seek an additional extension of the Schedules Deadline.

## BASIS FOR RELIEF

5.     Bankruptcy Rule 1007(a) provides that a debtor shall file with the petition

a list of each of its creditors and, within 14 days of the filing of the petition, unless the court

01:13985111.1

orders otherwise, a list of equity holders of the debtor.  Bankruptcy Rule 1007(a)(5) authorizes

the Court to extend a debtor's time to file such lists on motion for cause shown.

6.        Bankruptcy Rule 1007(b) provides, in pertinent part, that a debtor in a

chapter 11 case, unless the court orders otherwise, shall file schedules of assets and liabilities, a

schedule of current income and expenditures, a schedule of executory contracts and unexpired

leases, and a statement of financial affairs.  Pursuant to Bankruptcy Rule 1007(c), a debtor must

file with its voluntary petition, or within 14 days thereafter, its Schedules and SOFAs.  Fed. R.

Bankr. P. 1007(c).  Bankruptcy Rule 1007(c) further authorizes the Court to extend a debtor's

time to file the Schedules and SOFAs on motion for cause shown.  Id.

7.        Furthermore, pursuant to Local Rule 1007-1(b), the deadline for a debtor

to file its Schedules and SOFAs is automatically extended to the date that is thirty (30) days after

the petition date, if the bankruptcy petition is accompanied by a list of all of a debtor's creditors

and their addresses (the "**Creditors List**"), and if the total number of creditors exceeds two

hundred.  On the Petition Date, the Debtors filed a consolidated Creditors List, listing in excess

of two hundred creditors.  Accordingly, the Debtors' Schedules Deadline is set to expire thirty

(30) days after the Petition Date.

8.        Due to the complexity of the Debtors' businesses, the number of Debtor

entities, and the breadth of their financial and contractual arrangements, the Debtors will be

unable to complete their Schedules and SOFAs by the current Schedules Deadline.  Given the

substantial burden already imposed on the Debtors' management by the commencement of these

chapter 11 cases, the limited number of employees available to collect the required information,

the competing demands upon such employees, and the fact that the Debtors have a substantial

01:13985111.1

- 3 -

number of creditors holding claims aggregating in excess of $800 million,[2] the Debtors submit

that "cause" exists to extend the Schedules Deadline by sixty (60) days, through and including

October 3, 2013.

        9.      In this District, courts have regularly found "cause" to extend the deadline

for filing Schedules and Statements in chapter 11 cases involving businesses with numerous

creditors.  See, e.g., In re Highway Technologies, Inc., Case No. 13-11326 (KJC) (Bankr. D. Del.

June 11, 2013) (order granting debtors an additional fifteen (15) days, for a total of forty-five

(45) days from the commencement date, to file their schedules and statements); In re WP Steel

Venture LLC, Case No. 12-11661 (KJC) (Bankr. D. Del. June 1, 2012) (order granting debtors a

total extension of forty-five (45) days from the commencement date to file their schedules and

statements); In re Uni-Marts, LLC, Case No. 08-11037 (MFW) (Bankr. D. Del. Jun. 27, 2008)

(order granting debtors an additional thirty (30) days, for a total of sixty (60) days from the

commencement date, to file their schedules and statements); In re Dan River Holdings LLC,

Case No. 08-10726 (BLS) (Bankr. D. Del. Apr. 22, 2008) (order granting debtors an additional

thirty (30) days, for a total of sixty (60) days from the commencement date, to file their

schedules and statements); In re Powermate Holding Corp., Case No. 08-10498 (KG) (Bankr. D.

Del. Apr. 14, 2008) (order granting a total extension of seventy-four (74) days from the

commencement date for debtors to file their schedules and statements); In re Buffets Holdings,

Inc., Case No. 08-10141 (MFW) (Bankr. D. Del. Mar. 12, 2008) (order granting a total extension

of seventy-six (76) days from the commencement date for debtors to file their schedules and

statements); In re Delta Financial Corp., Case No. 07-11880 (CSS) (Bankr. D. Del. Jan. 1, 2008)

---

[2]      This amount is based on the Debtors' unaudited financial statements as of May 31, 2013.  Nothing herein shall constitute, or shall be deemed to constitute, a waiver of the Debtors' rights to contest the validity, priority, nature, characterization, and/or amount of any claim.

(granting debtors an additional sixty (60) days, for a total of ninety (90) days from the commencement date, to file their schedules and statements).

10.      At this juncture, the Debtors estimate that an extension of the Schedules Deadline to sixty (60) days from the Petition Date would provide sufficient time for the Debtors to prepare and file the Schedules and SOFAs.  The Debtors hereby request such an extension, without prejudice to the Debtors' right to seek any further extension(s) from this Court.

**NOTICE**

11.      Notice of this Motion will be given to: (a) the U.S. Trustee; (b) Credit Suisse, AG, as the administrative agent under the Debtors' prepetition secured credit agreement and its counsel;  (c) counsel to Wells Fargo, indenture trustee for the Debtors' senior unsecured notes and its counsel; (d) counsel to certain of the Debtors' senior unsecured noteholders; (e) the Debtors' fifty (50) largest unsecured creditors on a consolidated basis; and (f) all parties who have requested notice in these cases pursuant to Bankruptcy Rule 2002 as of the date of the filing of this Motion.  The Debtors submit that, under the circumstances, no other or further notice is required.

*[Remainder of page left intentionally blank.]*

## CONCLUSION

WHEREFORE, the Debtors respectfully request that the Court enter an order,

substantially in the form annexed hereto as Exhibit A, granting the relief requested in the Motion

and such other and further relief as may be just and proper.

Dated:  August 6, 2013
       Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Maris J. Kandestin*
Edmon L. Morton (No. 3856)
Maris J. Kandestin (No. 5294)
Ashley E. Markow (No. 5635)
Rodney Square
1000 North King Street
Wilmington, DE  19801
(302) 571-6600
(302) 571-1253 (Fax)
emorton@ycst.com
mkandestin@ycst.com

-and-

WILLKIE FARR & GALLAGHER LLP
Matthew A. Feldman
Rachel C. Strickland
Daniel I. Forman
787 Seventh Avenue
New York, New York 10019
(212) 728-8000
(212) 728-8111 (Fax)
mfeldman@willkie.com
rstrickland@willkie.com
dforman@willkie.com

*Proposed Co-Counsel to the Debtors and*
*Debtors in Possession*

01:13985111.1