RM000002+3

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------x
In re                                              :    Chapter 11
                                                   :
Rural/Metro Corporation, et al.,[1]                :    Case No. 13-11952 (KJC)
                                                   :
            Debtors.                               :    (Jointly Administered)
---------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )  ss:
COUNTY OF NEW YORK   )

I, Robert Rotman declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc., 419 Park Avenue South, Suite 1206, New York, NY 10016.

3. On the 6th day of August, 2013, I caused a true and accurate copy of the:

    (i) "Motion for Entry of an Order Approving Joint Administration of Debtors' Chapter 11 Cases" along with the proposed Order (Docket No.3);

    (ii) "Application for an Order Appointing Donlin, Recano & Company, Inc. as Claims and Noticing Agent for the Debtors Pursuant to 28 U.SC. § 156(c), 11 U.S.C. § 105(a) and Del. Bankr. L.R. 2002-1(f)", along with the relevant exhibits (Docket No. 4);

    (iii) "Order Scheduling Omnibus Hearing Dates" (Docket No. 43);

    (iv) "Order Approving Joint Administration of Debtors' Chapter 11 Cases" (Docket No. 50); and

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are listed in Schedule 1. The Debtors' headquarters are located at 9221 E. Via de Ventura, Scottsdale, AZ 85258.

RM000002+3

    (v)    "Order Authorizing Retention and Appointment of Donlin, Recano & Company, Inc. as Claims and Noticing Agent Under 28 U.SC. § 156(c), 11 U.S.C. § 105(a) and Del. Bankr. L.R. 2002-1(f)" (Docket No. 51),

to be served upon the parties as set forth in Exhibit 1, attached hereto, via First Class US Mail.

4. Said documents were securely enclosed in postage prepaid envelopes and delivered to an office of the United States Postal Service for delivery by First Class Mail.

5. I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 7th day of August, 2013 at New York, New York.

By _____
Robert Rotman

Sworn before me this
7th day of August, 2013

_____
Notary Public

[Notary stamp: SUNG JAE KIM, NOTARY PUBLIC STATE OF NEW YORK, QUEENS COUNTY, Comm. Exp. September 14, 2013]

RM000002+3

## Schedule 1

The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are:

| | |
|---|---|
| Arizona EMS Holdings, Inc. (AZ) (7244) | Rural/Metro of California, Inc. (DE) (8164) |
| Beacon Transportation, Inc. (NY) (4028) | Rural/Metro of Central Alabama, Inc. (DE) (5348) |
| Bowers Companies, Inc. (CA) (6465) | Rural/Metro of Central Colorado, Inc. (DE) (6583) |
| ComTrans Ambulance Service, Inc. (AZ) (6923) | Rural/Metro of Central Ohio, Inc. (DE) (2407) |
| Corning Ambulance Service, Inc. (NY) (5659) | Rural/Metro of Greater Seattle, Inc. (WA) (6902) |
| Donlock, Ltd. (PA) (0659) | Rural/Metro of Indiana, L.P. (DE) (9954) |
| E.M.S. Ventures, Inc. (GA) (3254) | Rural/Metro Mid-South, L.P. (DE) (4413) |
| Eastern Ambulance Service, Inc. (NE) (7359) | Rural/Metro of New York, Inc. (DE) (0083) |
| Eastern Paramedics, Inc. (DE) (1102) | Rural/Metro of Northern California, Inc. (DE) (3227) |
| Emergency Medical Transport, Inc. (AZ) (3878) | Rural/Metro of Northern Ohio, Inc. (DE) (8398) |
| EMS Ventures of South Carolina, Inc. (DE) (4174) | Rural/Metro of Ohio, Inc (DE) (0488) |
| Gold Cross Ambulance Service of PA, Inc. (OH) (9869) | Rural/Metro of Oregon, Inc. (DE) (3435) |
| Gold Cross Ambulance Services, Inc. (DE) (4792) | Rural/Metro of Rochester, Inc. (NY) (0148) |
| Lasalle Ambulance, Inc. (NY) (4422) | Rural/Metro of San Diego, Inc. (CA) (4132) |
| Medical Emergency Devices and Services (Meds), Inc. (AZ) (2218) | Rural/Metro of Southern California, Inc. (DE) (1679) |
| Mercury Ambulance Service, Inc. (KY) (8659) | Rural/Metro of Southern Ohio, Inc. (OH) (9303) |
| Metro Care Corp. (OH) (3994) | Rural/Metro of Tennessee, L.P. (DE) (3714) |
| National Ambulance & Oxygen Service, Inc. (NY) (9150) | Rural/Metro Operating Company, LLC (DE) (7563) |
| North Miss. Ambulance Service, Inc. (MS) (4696) | San Diego Medical Services Enterprise, L.L.C. (CA) (4136) |
| Pacific Ambulance, Inc. (CA) (7781) | Sioux Falls Ambulance, Inc. (SD) (4797) |
| Professional Medical Transport, Inc. (AZ) (6661) | Southwest Ambulance and Rescue of Arizona, Inc. (AZ) (9229) |
| R/M Arizona Holdings, Inc. (AZ) (6302) | Southwest Ambulance of Casa Grande, Inc. (AZ) (2807) |
| R/M Management Co., Inc. (AZ) (3444) | Southwest Ambulance of New Mexico, Inc. (NM) (5701) |
| R/M of Tennessee G.P., Inc. (DE) (0819) | Southwest Ambulance of Southeastern Arizona, Inc. (AZ) (8415) |
| R/M of Tennessee L.P., Inc. (DE) (0821) | Southwest Ambulance of Tucson, Inc. (AZ) (3618) |
| RMC Corporate Center, L.L.C. (AZ) (4546) | Southwest General Services, Inc. (AZ) (7537) |
| Rural/Metro (Delaware) Inc. (DE) (1572) | SW General Inc. (AZ) (4455) |
| Rural/Metro Corporation (AZ) (4388) | The Aid Ambulance Company, Inc. (DE) (4432) |
| Rural/Metro Corporation (DE) (6929) | The Aid Company, Inc. (IN) (8091) |
| Rural/Metro Corporation of Florida (FL) (4668) | Towns Ambulance Service, Inc. (NY) (8281) |
| Rural/Metro Corporation of Tennessee (TN) (9245) | Valley Fire Service, Inc. (DE) (6188) |
| Rural/Metro Fire Dept., Inc. (AZ) (3445) | W & W Leasing Company, Inc. (AZ) (1806) |
| Rural/Metro of Brewerton, Inc. (NY) (0912) | WP Rocket Holdings, Inc. (DE) (9609) |

.

**EXHIBIT 1**

| | | | |
|---|---|---|---|
| 000054P001-1318S-002<br>ADP INC<br>THERESA STAFFORD<br>5355 ORANGETHORPE AVENUE<br>LA PALMA CA 90623 | 000084P001-1318S-002<br>AIRGAS USA, LLC<br>MR. DAVID BOYLE<br>259 RADNOR-CHESTER ROAD, SUITE 100<br>P.O. BOX 6675<br>RADNOR PA 19087-8675 | 000037P001-1318S-002<br>AON RISK INSURANCE SERVICES WEST INC<br>ANDY LENNOX<br>199 FREMONT STREET<br>SUITE 1500<br>SAN FRANCISCO CA 94105 | 000026P001-1318S-002<br>BAKER & HOSTETLER LLP<br>TODD DAWSON<br>1900 EAST 9TH STREET<br>SUITE 3200<br>CLEVELAND OH 44114 |
| 000056P001-1318S-002<br>BERGE FORD<br>PARTS DEPARTMENT<br>460 E AUTO CTR DRIVE<br>MESA AZ 85204 | 000069P001-1318S-002<br>BOUND TREE MEDICAL LLC<br>HARRY LARSON<br>23537 NETWORK PLACE<br>CHICAGO IL 60673-1235 | 000032P001-1318S-002<br>BRADLEY, ADIN<br>ADDRESS INTENTIONALLY OMITTED | 000059P001-1318S-002<br>BRADSHAW CONSULTING SERVICES<br>ELIZABETH BRADSHAW<br>2170 WOODSIDE EXECUTIVE CT<br>AIKEN SC 29803 |
| 000025P001-1318S-002<br>BRAUN INDUSTRIES INC<br>CHAD BROWN<br>1170 PRODUCTION DRIVE<br>VAN WERT OH 45891 | 000028P001-1318S-002<br>BUSINESS & DECISION NORTH AMERICA<br>KEVIN BULKOVATZ<br>8414 N 90TH STREET<br>SUITE 101<br>SCOTTSDALE AZ 85258 | 000060P001-1318S-002<br>CASCADE FIRE EQUIPMENT CO<br>640 BRIAN WAY<br>MEDFORD OR 97501 | 000034P001-1318S-002<br>CDW DIRECT LLC<br>ANDREW QUIRKE<br>200 N MILWAUKEE DRIVE<br>VERNON HILLS IL 60061 |
| 000064P001-1318S-002<br>CHAPMAN FORD<br>RICK WEBB<br>7100 E MCDOWELL ROAD<br>SCOTTSDALE AZ 85257 | 000030P001-1318S-002<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>MEME PEPONIS<br>ONE LIBERTY PLAZA<br>NEW YORK NY 10006 | 000082P001-1318S-002<br>COLE SCHOTZ ET AL.<br>ATTN: NORMAN L. PERNICK, ESQ.<br>500 DELAWARE AVE., SUITE 1410<br>WILMINGTON DE 19801 | 000083P001-1318S-002<br>COLE SCHOTZ ET AL.<br>ATTN: PATRICK J. REILLEY, ESQ.<br>500 DELAWARE AVE., SUITE 1410<br>WILMINGTON DE 19801 |
| 000035P001-1318S-002<br>COLLECTION SERVICE BUREAU<br>CHRIS BECRAFT<br>2901 N. 78TH STREET<br>SCOTTSDALE AZ 85251 | 000055P001-1318S-002<br>COMMERCIAL CLEANING SYSTEMS<br>TITUS GARDNER<br>17602 N. BLACK CANYON HWY.<br>SUITE 108<br>PHOENIX AZ 85053 | 000011P003-1318S-002<br>CREDIT SUISSE, AG, CAYMAN ISLANDS BRANCH<br>SEAN L. PORTRAIT<br>VICE PRESIDENT<br>7033 LOUIS STEPHENS DRIVE<br>P.O. BOX 110047<br>RESEARCH TRIANGLE PARK NC 27709 | 000010P001-1318S-002<br>DELAWARE DIVISION OF REVENUE<br>ZILLAH A. FRAMPTON<br>BANKRUPTCY ADMINISTRATOR<br>CSOB 8TH FLOOR<br>820 N. FRENCH STREET<br>WILMINGTON DE 19801 |
| 000008P001-1318S-002<br>DELAWARE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>401 FEDERAL STREET, SUITE 4<br>DOVER DE 19901 | 000009P001-1318S-002<br>DELAWARE STATE TREASURY<br>820 SILVER LAKE BLVD., SUITE 100<br>DOVER DE 19904 | 000050P001-1318S-002<br>DIESEL SYSTEM SOLUTIONS INC<br>BRYAN WHALEN<br>3116 W THOMAS ROAD<br>PHOENIX AZ 85017 | 000024P001-1318S-002<br>DLA PIPER LLP<br>GREG HALL<br>2415 E. CAMELBACK ROAD<br>PHOENIX AZ 85016 |
| 000077P001-1318S-002<br>DUANE MORRIS LLP<br>PHILLIP K. WANG<br>ONE MARKET PLAZA<br>SPEAR STREET TOWER, SUITE 2200<br>SAN FRANCISCO CA 94105-1127 | 000078P001-1318S-002<br>DUANE MORRIS LLP<br>CHRISTOPHER M. WINTER<br>222 DELAWARE AVENUE<br>SUITE 1600<br>WILMINGTON DE 19801 | 000049P001-1318S-002<br>EARNHARDT FORD SALES INC<br>KAREN HECKER<br>7300 W ORCHID LANE<br>CHANDLER AZ 85226 | 000058P001-1318S-002<br>EMERGENCY RADIO SERVICE INC<br>TACY CARBAUGH<br>9144 N 900 W<br>LIGONIER IN 46767 |

Rural/Metro Corporation
Exhibit Pages

Page # : 2 of 3                                                                                                                                    08/06/2013 03:34:43 PM

| | | | |
|---|---|---|---|
| 000039P001-1318S-002<br>FIRST WATCH<br>MARC BAKER<br>322 ENCINITAS BLVD #100<br>ENCINITAS CA 92024-3780 | 000052P001-1318S-002<br>GALLAGHER BASSETT SERVICES INC<br>SUZANNE SPENCER<br>4110 N SCOTTSDALE ROAD<br>SCOTTSDALE AZ 85251 | 000012P002-1318S-002<br>GIBSON, DUNN & CRUTCHER LLP<br>MATTHEW KELSEY<br>200 PARK AVENUE<br>NEW YORK NY 10166 | 000013P002-1318S-002<br>GIBSON, DUNN & CRUTCHER LLP<br>KEITH MATORANA<br>200 PARK AVENUE<br>NEW YORK NY 10166 |
| 000080P001-1318S-002<br>GIBSON, DUNN & CRUTCHER LLP<br>DAVID M. FELDMAN<br>200 PARK AVNEUE<br>NEW YORK NY 10166-0193 | 000022P001-1318S-002<br>HENRY SCHEIN<br>RYAN CLARK<br>135 DURYEA ROAD<br>MELVILLE NY 11747 | 000067P001-1318S-002<br>HOLMES TUTTLE FORD INC<br>660 W AUTO MALL DRIVE<br>TUCSON AZ 85705 | 000070P001-1318S-002<br>INSIGHT DIRECT USA<br>6820 SOUTH HARL AVENUE<br>TEMPE AZ 85283 |
| 000001P001-1318S-002<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA PA 19101-7346 | 000002P001-1318S-002<br>INTERNAL REVENUE SERVICE<br>2970 MARKET STREET<br>MAIL STOP 5-Q30.133<br>PHILADELPHIA PA 19104-5016 | 000062P001-1318S-002<br>JOE BASIL CHEVROLET INC<br>CRAIG COLBY<br>5111 TRANSIT ROAD<br>DEPEW NY 14043 | 000063P001-1318S-002<br>KEARNY PEARSON FORD<br>GARY FRANK - PARTS<br>7303 CLAIREMONT MESA BLVD<br>SAN DIEGO CA 92111 |
| 000016P002-1318S-002<br>LATHAM & WATKINS<br>DAVID S. HELLER<br>233 SOUTH WACKER DR.<br>SUITE 5800<br>CHICAGO IL 60606 | 000017P003-1318S-002<br>LATHAM & WATKINS<br>JOSEF ATHANAS<br>233 SOUTH WACKER DR.<br>SUITE 5800<br>CHICAGO IL 60606 | 000018P001-1318S-002<br>LATHAM & WATKINS<br>ALICIA C. DAVIS<br>233 SOUTH WACKER DRIVE<br>SUITE 5800<br>CHICAGO IL 60606 | 000019P001-1318S-002<br>LATHAM & WATKINS<br>STEVEN STOKDYK<br>3555 SOUTH GRAND AVENUE<br>LOS ANGELES CA 90071-1560 |
| 000020P001-1318S-002<br>LATHAM & WATKINS<br>GREG ROBINS<br>3555 SOUTH GRAND AVENUE<br>LOS ANGELES CA 90071-1560 | 000021P002-1318S-002<br>LATHAM & WATKINS<br>TED A. DILLMAN<br>3555 SOUTH GRAND AVE.<br>LOS ANGELES CA 90071-1560 | 000061P001-1318S-002<br>LAW OFFICE OF ROBERT E MELTON<br>ROBERT E. MELTON<br>8170 N 86TH PLACE<br>STE 200<br>SCOTTSDALE AZ 85258 | 000048P001-1318S-002<br>LEWIS & ROCA<br>STEVE HART<br>40 N CENTRAL AVENUE<br>PHOENIX AZ 85004-4429 |
| 000042P001-1318S-002<br>LINDBERG, DAVID<br>ADDRESS INTENTIONALLY OMITTED | 000043P001-1318S-002<br>MERCHANTS CREDIT ASSOCIATION<br>JOHN PAINTER<br>2245 152ND AVENUE NE<br>REDMOND WA 98052 | 000057P001-1318S-002<br>MOODY'S INVESTORS SERVICE<br>JONATHAN LAREAU<br>7 WORLD TRADE CENTER<br>250 GREENWICH ST<br>NEW YORK NY 10007 | 000053P001-1318S-002<br>NAPA AUTO PARTS<br>JIM HUNTER<br>3080 S PACIFIC AVENUE<br>YUMA AZ 85365 |
| 000046P001-1318S-002<br>NAVIGANT CONSULTING INC.<br>DAVID BENKERT<br>300 S GRAND AVENUE<br>29TH FLOOR<br>LOS ANGELES CA 90071 | 000065P001-1318S-002<br>O'MEARA FORD<br>400 W. 104TH AVE.<br>NORTHGLENN CO 80234 | 000003P002-1318S-002<br>OFFICE OF THE U.S. TRUSTEE<br>MARK KENNEY, ESQ.<br>DISTRICT OF DELAWARE<br>844 KING STREET, SUITE 2207<br>LOCKBOX 35<br>WILMINGTON DE 19801 | 000076P001-1318S-002<br>PEPPER HAMILTON LLC<br>DAVID B. STRATTON, ESQ.<br>HERCULES PLAZA<br>1313 N. MARKET STREET<br>WILMINGTON DE 19899 |

000081P001-1318S-002
PEPPER HAMILTON LLP
EVELYN J. MELTZER
HERCULES PLAZA, SUITE 5100
1313 MARKET STREET
P.O. BOX 1709
WILMINGTON DE 19899-1709

000040P001-1318S-002
PEREZ, JORGE
ADDRESS INTENTIONALLY OMITTED

000041P001-1318S-002
PHYSIO-CONTROL FKA MEDTRONIC EMERGENCY
KEVIN VEENSTRA
11811 WILLOWS ROAD NE
REDMOND WA 98052

000023P001-1318S-002
PRICE WATERHOUSE COOPERS LLP
RICHARD KALENKA
1850 N CENTRAL AVENUE
STE 700
PHOENIX AZ 85004

000051P001-1318S-002
PROTIVITI
4127 E. VAN BUREN STREET
STE 210
PHOENIX AZ 85008

000047P001-1318S-002
REVENUE RECOVERY CORP INC
GREGG SWERSKY
7005 MIDDLEBROOK PIKE
KNOXVILLE TN 37950

000004P001-1318S-002
SECRETARY OF STATE
DIVISION OF CORPORATIONS FRANCHISE TAX
P.O. BOX 898
DOVER DE 19903

000005P001-1318S-002
SECURITIES & EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
ATTN: GEORGE S. CANELLOS
3 WORLD FINANCIAL CENTER
SUITE 400
NEW YORK NY 10281-1022

000006P001-1318S-002
SECURITIES & EXCHANGE COMMISSION
SECRETARY OF THE TREASURY
OFFICE OF GEN. COUNSEL
100 F STREET NE
WASHINGTON DC 20549

000045P001-1318S-002
SKOMSVOLD, RANDY
ADDRESS INTENTIONALLY OMITTED

000085P001-1318S-002
SMITH, KATZENSTEIN & JENKINS LLP
KATHLEEN M. MILLER
THE CORPORATE PLAZA
800 DELAWARE AVENUE, SUITE 1000
P.O. BOX 410
WILMINGTON DE 19899

000033P001-1318S-002
SNELL & WILMER LLP
BARB DAWSON
ONE ARIZONA CENTER
400 EAST VAN BUREN STREET #1900
PHOENIX AZ 85004

000027P001-1318S-002
SQUIRE SANDERS & DEMPSEY LLP
JOE CRABB
1 E. WASHINGTON STREET
STE 2700
PHOENIX AZ 85004

000044P001-1318S-002
STANDARD AUTO PARTS COMPANY
8710 ASHVILLE HWY
KNOXVILLE TN 37924

000066P001-1318S-002
STARWEST ASSOCIATES LLC
BOB RAMSEY
1501 WEST FOUNTAINHEAD PARKWAY
SUITE 650
TEMPE AZ 85282

000007P001-1318S-002
US ATTORNEY'S OFFICE
DISTRICT OF DELAWARE
1007 N. ORANGE STREET
WILMINGTON DE 19801

000079P001-1318S-002
WEINGARTEN NOSTAT, INC.
C/O WEINGARTEN REALTY INVESTORS
ATTN: JENNY J. HYUN, ESQ.
2600 CITADEL PLAZA DRIVE
SUITE 125
HOUSTON TX 77008

000015P001-1318S-002
WELLS FARGO BANK, N.A.
MARTIN G. REED, VICE PRESIDENT
CORPORATE, ESCROW & MUNICIPAL SOLUTIONS
150 EAST 42ND STREET
NEW YORK NY 10017

000014P001-1318S-002
WELLS FARGO BANK, NATIONAL ASSOCIATION
ATTN: CORPORATE TRUST SERVICES -
ADMINISTRATOR FOR RURAL/METRO CORP.
45 BROADWAY
14TH FLOOR
NEW YORK NY 10006

000031P001-1318S-002
WHEELED COACH INDUSTRIES INC
PAUL HOLZAPFEL
2737 FORSYTH ROAD
WINTER PARK FL 32792

000036P001-1318S-002
WIST OFFICE PRODUCTS
BILL STRAIT
107 W. JULIE DRIVE
TEMPE AZ 85283

000038P001-1318S-002
ZACHRICH, ROBERT
ADDRESS INTENTIONALLY OMITTED

000029P001-1318S-002
ZOLL DATA SYSTEMS
KEVIN TAPPLY
11802 RIDGE PKWY
STE 400
BROOMFIELD CO 80021

000068P001-1318S-002
ZOLL MEDICAL CORP GPO
269 MILL ROAD
CHELMSFORD MA 01824

Records Printed :            80