## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 13-11952-KJC |
| RURAL/METRO CORPORATION, | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |

---

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

---

NOTICE IS HEREBY GIVEN of the appearance of Timothy M. Swanson and Stinson

Morrison Hecker LLP on behalf of Bradshaw Consulting, Inc.   Notice of all pleadings and

documents should be transmitted to Stinson Morrison Hecker LLP at the following address:

Timothy M. Swanson
Stinson Morrison Hecker LLP
1201 Walnut, Ste. 2900
Kansas City, MO  64106
(816) 842-8600
(816) 691-3495 (fax)
tswanson@stinson.com

DATED this 9th day of August, 2013.

STINSON MORRISON HECKER LLP

/s/ Timothy M. Swanson
Timothy M. Swanson, MO #64394
1201 Walnut, Ste. 2900
Kansas City, MO  64106
Tel:  (816) 842-8600
Fax:  (816) 691-3495
tswanson@stinson.com
ATTORNEYS FOR BRADSHAW
CONSULTING, INC.

2

## <u>CERTIFICATE OF SERVICE</u>

This is to confirm that a copy of the foregoing Entry of Appearance and Request for Notice was electronically filed on August 9, 2013.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and the filing may be accessed through that system.

/s/ Timothy M. Swanson
Timothy M. Swanson