**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>RURAL/METRO CORPORATION, *et al.*<br><br>                    Debtors. | Chapter 11<br><br>Case No. 13-11952 (KJC) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Pinckney, Harris & Weidinger, LLC ("PHW") hereby enters its appearance in the above-captioned matters pursuant to section 342(a) of title 11 of the United States Code and rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure.

PLEASE TAKE FURTHER NOTICE that PHW hereby requests that all notices given or required to be given and all papers served or required to be served in this case, be given to and served on the counsel listed below.

Dated: August 9, 2013
       Wilmington, Delaware

PINCKNEY, HARRIS & WEIDINGER, LLC

    */s/ Kevin M. Capuzzi*
Joanne P. Pinckney (DE No. 3344)
Donna L. Harris (DE No. 3740)
Patricia R. Uhlenbrock (DE No. 4011)
Kevin M. Capuzzi (DE No. 5462)
1220 North Market Street, Suite 950
Wilmington, Delaware 19801
Telephone:   (302) 504-1497
Facsimile:    (302) 442-7046
Email:        jpinckney@phw-law.com
              dharris@phw-law.com
              puhlenbrock@phw-law.com
              kcapuzzi@phw-law.com