IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
In re                                    :    Chapter 11
                                         :
Rural/Metro Corporation, et al.,[1]      :    Case No. 13-11952 (KJC)
                                         :
            Debtors.                     :    (Jointly Administered)
                                         :
                                         :    **Re: Docket Nos. 69 & 203**
---------------------------------------------------------x

## CERTIFICATION OF COUNSEL

The undersigned hereby certifies as follows:

1. On August 4, 2013, the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") commenced these chapter 11 cases by filing petitions for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware (the "**Court**").

2. On August 7, 2013, the Debtors filed the *Motion of the Debtors for an Order, Pursuant to Sections 105(a) and 365(a) of the Bankruptcy Code, Authorizing the Assumption of the Restructuring Support Agreement* [Docket No. 69] (the "**Motion**"). The deadline for parties in interest to file responses, if any, to the relief requested in the Motion was August 21, 2013 at 4:00 p.m. (ET), and the Motion was scheduled to be heard at a hearing scheduled for August 28, 2013. At the request of the Official Committee of Unsecured Creditors (the "**Committee**"), and with the permission of the Court, the Motion was continued to a special purpose hearing scheduled for September 6, 2013. In addition, the deadline for the Committee to

---

[1] A list of the Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number is attached as Schedule 1 to the Declaration of Stephen Farber in Support of Chapter 11 Petition and First Day Pleadings [Docket No. 2] and at www.donlinrecano.com/rmc. The Debtors' headquarters are located at 9221 E. Via de Ventura, Scottsdale, AZ 85258.

01:14064514.1

object to the relief requested in the Motion was extended through and including September 2, 2013 at 11:59 p.m.

3. On August 30, 2013, the Committee filed the *Statement of the Official Committee of Unsecured Creditors in Connection With the Motion of the Debtors for an Order Authorizing the Assumption of the Restructuring Support Agreement* [Docket No. 203] (the "**Committee Statement**").

4. In addition, the Debtors, the DIP Lenders, the Ad Hoc Noteholders Committee, and the Committee have engaged in discussions with respect to the proposed form of order attached to the Motion as an exhibit, which discussions resulted in the revised proposed form of order attached hereto as Exhibit A (the "**Revised Proposed Order**"). For the convenience of the Court and parties in interest, a blackline reflecting all changes made to the proposed order filed with the Motion and the Revised Proposed Order is attached hereto as Exhibit B. The DIP Lenders, the Ad Hoc Noteholders Committee, and the Committee have reviewed the Revised Proposed Order and have no objection to entry of the Revised Proposed Order.

WHEREFORE, the Debtors respectfully request that the Court enter the Revised Proposed Order, attached hereto as <u>Exhibit A</u>, granting the relief requested in the Motion, as modified by the Revised Proposed Order, at the earliest convenience of the Court without further notice or hearing.

Dated: September 5, 2013
       Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

<u>/s/ Maris J. Kandestin</u>
Edmon L. Morton (No. 3856)
Maris J. Kandestin (No. 5294)
Ashley E. Markow (No. 5635)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
(302) 571-1253 (Fax)
emorton@ycst.com
mkandestin@ycst.com
amarkow@ycst.com

-and-

WILLKIE FARR & GALLAGHER LLP
Matthew A. Feldman
Rachel C. Strickland
Daniel I. Forman
787 Seventh Avenue
New York, New York 10019
(212) 728-8000
(212) 728-8111 (Fax)
mfeldman@willkie.com
rstrickland@willkie.com
dforman@willkie.com

*Co-Counsel to the Debtors and Debtors in Possession*