**TRANSFER NOTICE**

Commercial Cleaning Systems ("Assignor"), transfers and assigns unto Camac Fund, LP 25 Tudor City Pl #1723, New York, NY 10017 its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against Rural Metro Corp (the "Debtor"), in the aggregate amount of $68,933.59 representing all claims of Assignor pending against Debtor in the United States Bankruptcy Court, District of Delaware, administered as Case No. 13-11952.

IN WITNESS WHEREOF, Assignor has signed below as of the 14th day of November 2013.

WITNESS:

By: _____        By: _____
(Signature)                             (Signature)

Eric Shahinian
914-629-8496
eric@camacpartners.com                  Stephen Testa  CFO
(Print Name of Witness)                 (Print Name and Title)

