B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

District of Delaware

In re Rural/Metro Corporation            ,            Case No. 13-11952

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Camac Fund LP | Commercial Cleaning Systems |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  Eric Shahinian c/o Camac Partners
  25 Tudor City Pl, 1723, NY, NY 10017

Court Claim # (if known): _____
Amount of Claim: $75,094.92
Date Claim Filed: 08/04/2013

Phone: 914-629-8496
Last Four Digits of Acct #: _____

Phone: 949-261-1234 x222
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Eric Shahinian            Date: 11/21/2013
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

**TRANSFER NOTICE**

Commercial Cleaning Systems ("Assignor"), transfers and assigns unto Camac Fund, LP 25 Tudor City Pl #1723, New York, NY 10017 its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against Rural Metro Corp (the "Debtor"), in the aggregate amount of $75,094.92 representing all claims of Assignor pending against Debtor in the United States Bankruptcy Court, District of Delaware, administered as Case No. 13-11952.

IN WITNESS WHEREOF, Assignor has signed below as of the 21[th] day of November 2013.

WITNESS:

By: _____
(Signature)

By: _____
(Signature)

Eric Shahinian
914-629-8496
eric@camacpartners.com
(Print Name of Witness)

Stephen Testa, CFO
(Print Name and Title)