B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

District of Delaware

In re  Rural/Metro Operating Company LLC    ,            Case No.  13-12002

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Camac Fund LP | Physio-Control, Inc |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Eric Shahinian c/o Camac Fund LP
105 W 29th Street, 48I, NY, NY 10001

Phone:  914-629-8496
Last Four Digits of Acct #: _____

Court Claim # (if known):  1175
Amount of Claim: $20,622.50 - 503(b)(9)
$258,959.37 - unsecured
(partial amount of the proof of claim of $628,120.62)

Phone:  425-867-4657
Last Four Digits of Acct. #: _____

Date Claim Filed:    10/18/2013

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Eric Shahinian              Date: 12/24/2013
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

## TRANSFER NOTICE

Physio Control ("Assignor"), transfers and assigns unto Camac Fund, LP 25 Tudor City Pl #1723, New York, NY 10017 its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against Rural Metro Operating Company, LLC (the "Debtor"), in the aggregate amount of $20,622.50 representing only the 11 U.S.C. Section 503(b)(9) administrative claim of Assignor pending against Debtor in the United States Bankruptcy Court, District of Delaware, administered as Case No. 13-12002.

IN WITNESS WHEREOF, Assignor has signed below as of the 16th day of December 2013.

WITNESS:

By: _____  
(Signature)

Eric Shahinian  
914-629-8496  
eric@camacpartners.com  
(Print Name of Witness)

By: _____  
(Signature)

WILLIAM YOUNG        GLOBAL AR MANAGER  
(Print Name and Title)    PHYSIO-CONTROL

**TRANSFER NOTICE**

Physio Control ("Assignor"), transfers and assigns unto Camac Fund, LP 25 Tudor City Pl #1723, New York, NY 10017 its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against Rural Metro Operating Company, LLC (the "Debtor"), in the aggregate amount of $258,959.37 representing all unsecured/non-priority claims of Assignor pending against Debtor in the United States Bankruptcy Court, District of Delaware, administered as Case No. 13-12002.

IN WITNESS WHEREOF, Assignor has signed below as of the 16th day of December 2013.

WITNESS:

By: _____   By: _____
(Signature)                    (Signature)

Eric Shahinian
914-629-8496
eric@camacpartners.com         WILLIAM YOUNG    GLOBAL AR MANAGER
(Print Name of Witness)        (Print Name and Title)    PHYSIO - CONTROL