B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re Rural/Metro Corporation ,   Case No. 13-11952

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Camac Fund, LP | SWA Baseline, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Eric Shahinian c/o Camac Fund, LP
401 Park Ave S, 10th Fl, NY, NY 10016

Court Claim # (if known): 1853
Amount of Claim: $2,673,774.60
Date Claim Filed: 01/06/2014

Phone: 914-629-8496
Last Four Digits of Acct #: _____

Phone: 520-250-7764
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ _____   Date: 05/26/2015
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

## TRANSFER NOTICE

SWA Baseline, LLC ("Assignor"), transfers and assigns unto Camac Fund, LP 401 Park Avenue S, 10th Floor, New York, NY 10016 its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against Rural Metro Corp (the "Debtor"), in the aggregate amount of $2,673,774.60 representing all claims of Assignor pending against Debtor in the United States Bankruptcy Court, District of Delaware, administered as Case No. 13-11952.

IN WITNESS WHEREOF, Assignor has signed below as of the 26th day of May 2015.

WITNESS:

By: _____    By: _____
(Signature)                  (Signature)

Eric Shahinian
914-629-8496
eric@camacpartners.com       ANDREW BRIEFEL, AUTHORIZED REPRESENTATIVE
(Print Name of Witness)      (Print Name and Title)