IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| Rural/Metro Corporation,[1] | : | Case No. 13-11952 (KJC) |
| | : | |
| Reorganized Debtor. | : | |
| | : | **Objection Deadline: March 1, 2019 at 4:00 p.m. (ET)** |

------------------------------------------------------x

### SIXTH NOTICE OF POST-PETITION SATISFACTION OF CERTAIN PREPETITION CLAIMS

**PLEASE TAKE NOTICE** that, on August 4, 2013 (the "Petition Date"), the above-captioned reorganized debtor (the "Reorganized Debtor") and certain of its affiliates filed voluntary petitions for relief under chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that the Reorganized Debtor has reviewed its books and records and has determined that the claims listed on Exhibit A attached hereto (the "Satisfied Claims") have been satisfied in full by payments made after the Petition Date and that no further distributions are required on account of such satisfied amounts. Accordingly, the Reorganized Debtor intends to have its Court-appointed claims and noticing agent, Donlin, Recano & Company, Inc. ("DRC"), designate on the official claims register that the Satisfied Claims have been previously satisfied.

**PLEASE TAKE FURTHER NOTICE** that, to the extent that any party disputes the determination that the Satisfied Claims have been satisfied in full, such party shall file a written response (an "Objection") with the Clerk of the Court, 824 North Market Street, 3rd Floor,

---

[1] The last four digits of the Reorganized Debtor's federal tax identification number are 6929. The Reorganized Debtor's headquarters are located at 8465 N. Pima Road, Scottsdale, AZ 85258.

01:24118194.1

Wilmington, Delaware 19801, and serve such Objection on the undersigned counsel to the Reorganized Debtor and counsel for the Creditor Representative, Moses & Singer LLP, The Chrysler Building, 405 Lexington Avenue, New York, New York 10174, Attn: Alan E. Gamza, Esq. and Richard J. Corbi, Esq., on or before **March 1, 2019 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that, to the extent an Objection is timely filed and served in accordance with the procedures set forth in the preceding paragraph, the Reorganized Debtor shall attempt to consensually resolve the Objection with the objecting party. In the event the parties are unable to reach a consensual resolution, a hearing will be held on the matter on a date to be separately noticed.

**PLEASE TAKE FURTHER NOTICE** that, if no Objections are received prior to the Objection Deadline, DRC shall update the claims register as set forth herein without further order of the Court.

Dated: February 15, 2019
      Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Ashley E. Jacobs*
Edmon L. Morton (No. 3856)
Ashley E. Jacobs (No. 5635)
Elizabeth S. Justison (No. 5911)
Rodney Square
1000 North King Street
Wilmington, DE  19801
(302) 571-6600
(302) 571-1253 (Fax)
emorton@ycst.com
ajacobs@ycst.com
ejustison@ycst.com

*Counsel to the Reorganized Debtor*

## Exhibit A

## Fully Satisfied Claims

| NAME OF CLAIMANT | CLAIM NUMBER | CLASSIFICATION | FILED DATE OF CLAIM | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|
| BOWMAN, FELICIA<br>190 RICHARDSON ROAD<br>BOX SPRINGS, GA 31801 | 1785 | U | 12/09/13 | Unliquidated | Claim satisfied in full by applicable insurance policy. |
| CARTER, LISA<br>C/O BROWN CHIARI, LLP<br>ATTN: DAVID W. OLSON, ATTORNEY<br>5775 BROADWAY<br>LANCASTER, NY 14086 | 548 | U | 10/07/13 | Unliquidated | Claim satisfied in full by applicable insurance policy. |
| CHAFIN, BARBARA W. & JAMES<br>C/O CAINE GOLDSMITH, ATTORNEYS AT LAW<br>ATTN: ROBERT GOLDSMITH, ESQ.<br>PO BOX 667<br>652 WALNUT STREET<br>MOULTON, AL 35650 | 1414 | U | 10/23/13 | $500,000.00 | Claim satisfied in full by applicable insurance policy. |

| NAME OF CLAIMANT | CLAIM NUMBER | CLASSIFICATION | FILED DATE OF CLAIM | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|
| CHISHOLM, EUGENE<br>C/O SEACRIST & POWALL, LLC<br>ATTN: SUSAN M. SEACRIST, ATTORNEY<br>1382 W 9TH STREET<br>SUITE 220<br>CLEVELAND, OH 44113 | 1591 | U | 10/23/13 | $300,000.00 | Claim satisfied in full by applicable insurance policy. |
| COSS, THOMAS<br>C/O SNYDER & HUNTER<br>ATTN: MARTIN T. SNYDER, ESQ.<br>399 TAYLOR BLVD, STE 102<br>PLEASANT HILL, CA 94523 | 1375 | U | 10/22/13 | $100,000.00 | Claim satisfied in full by applicable insurance policy. |
| EDWARDS, MICHAEL<br>C/O: FARACI LANGE, LLP<br>ATTN: CAROL A. MCKENNA, ESQ.<br>28 E MAIN STREET<br>SUITE 1100<br>ROCHESTER, NY 14614 | 855 | U | 10/16/13 | $1,250,000.00 | Claim satisfied in full by applicable insurance policy. |

| NAME OF CLAIMANT | CLAIM NUMBER | CLASSIFICATION | FILED DATE OF CLAIM | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|
| FAIRBANKS, KATHERINE(KATE) C/O INTERNATIONAL ASSO. OF EMTS & PARAMEDICS ATTN: LINDA MOUZON, ESQ. 1819 KNOLL DRIVE, SUITE 7 VENTURA, CA 93003 | 244 | P | 09/20/13 | $9,000.00 | Claim satisfied in full by post-petition payment. |
| GELLANI, ABDUL HAMED C/O BERGEN & SCHIFFMACHER, LLP TODD SCHIFFMACHER 403 MAIN STREET, SUITE 715 BUFFALO, NY 14203-2100 | 954 | U | 10/17/13 | $20,000,000.00 | Claim satisfied in full by applicable insurance policy. |
| GILSENAN, TIFFANY ATTN: PATRICK R. CAULFIELD, ESQ. LEVINSON AXELROD, PA LEVINSION PLAZA 2 LINCOLN HIGHWAY, BOX 2905 EDISON, NJ 08818 | 490 | U | 10/03/13 | Unliquidated | Claim satisfied in full by applicable insurance policy. |

| NAME OF CLAIMANT | CLAIM NUMBER | CLASSIFICATION | FILED DATE OF CLAIM | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|
| GLENN HOWARD<br>8337 E. MONTE VISTA RD<br>SCOTTSDALE, AZ 85257-2836 | 1687 | U | 11/06/13 | $866,513.06 | Claim satisfied in full by applicable insurance policy. |
| GOEKLER, VERONICA<br>C/O LAW OFFICES OF JOHN DURIS<br>ATTN: JOHN DURIS<br>9968 HIBERT ST.<br>STE 104<br>SAN DIEGO, CA 92131 | 1445 | P/U | 10/23/13 | $150,000.00 | Claim satisfied in full by applicable insurance policy. |
| GOODWIN, PAUL K<br>4453 UNION ROAD<br>CHEEKTOWAGA, NY 14225 | 957 | U | 10/17/13 | $2,000,000.00 | Claim satisfied in full by applicable insurance policy. |

**RURAL/METRO CORPORATION**
**CASE NO. 13-11952 (KJC)**
**SATISFIED IN FULL**
**EXHIBIT A**

| NAME OF CLAIMANT | CLAIM NUMBER | CLASSIFICATION | FILED DATE OF CLAIM | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|
| HJELLMING, SCOTT<br>C/O KADING, KUNSTLE & GOODHOPE, LLP<br>ATTN: SCOTT KADING, ATTORNEY<br>7400 S BITTERROOT PLACE<br>SUITE 100<br>SIOUX FALLS, SD 57108-1562 | 932 | U | 10/17/13 | $50,000.00 | Claim satisfied in full by applicable insurance policy. |
| HOLLEY, SHERYL<br>29 WARNER STREET<br>ROCHESTER, NY 14606 | 1688 | P | 11/6/2013 | $25,000.00 | Claim satisfied in full by applicable insurance policy. |
| KING, RODNEY<br>7716 LONGMIRE ROAD<br>LUTTRELL, TN 37779 | 1391 | U | 10/22/13 | $85,000.00 | Claim satisfied in full by applicable insurance policy. |

**RURAL/METRO CORPORATION**
**CASE NO. 13-11952 (KJC)**
**SATISFIED IN FULL**
**EXHIBIT A**

| NAME OF CLAIMANT | CLAIM NUMBER | CLASSIFICATION | FILED DATE OF CLAIM | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|
| LANGE, PATRICIA<br>8337 E MONTE VISTA RD<br>SCOTTSDALE, AZ 85257-2836 | 1686 | U | 11/06/13 | $766,951.00 | Claim satisfied in full by applicable insurance policy. |
| LEWIS, PRINCE<br>C/O JOYCE W. BERGMAN<br>ATTORNEY AT LAW, P.C.<br>ATTN: JOYCE W. BERGMAN, ESQ.<br>PO BOX 765<br>FAIRBURN, GA 30213 | 1590 | U | 10/23/13 | $35,000.00 | Claim satisfied in full by applicable insurance policy. |
| LOCKWOOD, CHARLES<br>C/O ANDREWS, BERNSTEIN, MARANTO & NICOTRA, PLLC<br>ATTN: RICHARD A. NICOTRA, ESQ.<br>420 FRANKLIN ST<br>BUFFALO, NY 14202-1302 | 1633 | U | 10/24/13 | Unliquidated | Claim satisfied in full by applicable insurance policy. |

| NAME OF CLAIMANT | CLAIM NUMBER | CLASSIFICATION | FILED DATE OF CLAIM | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|
| LORENZINI, JILL ANN<br>C/O RISNER & GRAHAM<br>ATTN: WILLIAM J. RISNER<br>100 N STONE AVE<br>STE 901<br>TUCSON, AZ 85701 | 1325 | U | 10/22/13 | $175,000.00 | Claim satisfied in full by applicable insurance policy. |
| MARTIN, GRACE<br>C/O INSERRA & KELLEY<br>ATTN: CRAIG L. KELLEY<br>6790 GROVER STREET, SUITE 200<br>OMAHA, NE 68106-3612 | 58 | U | 08/22/13 | Unliquidated | Claim satisfied in full by applicable insurance policy. |
| MCINTIRE, TODD<br>C/O JEFF RICHARDS, P.C.<br>ATTN: JEFF RICHARDS<br>200 S 3RD AVENUE<br>YUMA, AZ 85364 | 534 | U | 10/04/13 | $12,000,000.00 | Claim satisfied in full by applicable insurance policy. |

**RURAL/METRO CORPORATION**
**CASE NO. 13-11952 (KJC)**
**SATISFIED IN FULL**
**EXHIBIT A**

| NAME OF CLAIMANT | CLAIM NUMBER | CLASSIFICATION | FILED DATE OF CLAIM | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|
| MONTGOMERY, KENT<br>C/O STOKLEY LAW OFFICES<br>ATTN: JIMMIE D. STOCKLEY<br>306 FIRST STREET<br>KENNETT, MO 63857 | 1037 | U | 10/18/13 | $100,000.00 | Claim satisfied in full by applicable insurance policy. |
| NELSON, STEPHANIE<br>C/O CASTRO LAW P.C<br>ATTN: DANIEL F. CASTRO, ESQ.<br>5 CONCOURSE PARKWAY<br>SUITE 2225<br>ATLANTA, GA 30328 | 1855 | U | 01/07/14 | $4,000,000.00 | Claim satisfied in full by applicable insurance policy. |
| OWENS, JULIA<br>C/O THE SHELNUTT LAW FIRM, PC<br>ATTN: DAVIS VARNER, ATTY<br>601 S 5TH STREET<br>GADSDEN, AL 35901 | 1927 | U | 01/28/14 | $100,000.00 | Claim satisfied in full by applicable insurance policy. |

| NAME OF CLAIMANT | CLAIM NUMBER | CLASSIFICATION | FILED DATE OF CLAIM | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|
| PUGH, THOMAS AND ROSE<br>C/O BEN WELLS & ASSOCIATES, LLC<br>ATTN: THOMAS HOJEM, ESQ.<br>106 EAST GILMAN AVENUE<br>ARLINGTON, WA 98223 | 1200 | U | 10/22/13 | Unliquidated | Claim satisfied in full by applicable insurance policy. |
| RAMIREZ, JOHN<br>C/O THE LAW FIRM OF WILLIAM BABICH, LLC<br>ATTN: RICHARD GAMA, ATTORNEY<br>1873 SOUTH BELLAIRE ST STE 1125<br>DENVER, CO 80222-4359 | 1119 | U | 10/21/13 | Unliquidated | Claim satisfied in full by applicable insurance policy. |
| REED, CARLTON<br>C/O LAW OFFICES OF LERNER & ROWE<br>ATTN: DONN M. COOLIDGE, ESQ.<br>2701 E CAMELBACK ROAD, SUITE 140<br>PHOENIX, AZ 85016 | 1362 | U | 10/22/13 | $100,000.00 | Claim satisfied in full by applicable insurance policy. |

| NAME OF CLAIMANT | CLAIM NUMBER | CLASSIFICATION | FILED DATE OF CLAIM | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|
| ROUSE, SHELETHA<br>C/O RENSCH & RENSCH LAW, P.C., LLD<br>ATTN: SEAN P. RENSCH, ATTORNEY AT LAW<br>7602 PACIFIC STREET<br>SUITE 102<br>OMAHA, NE 68114 | 1238 | U | 10/22/13 | $50,000.00 | Claim satisfied in full by applicable insurance policy. |
| SAVAII, SEAU<br>C/O LAW OFFICES OF MARK J. MEYERS<br>ATTN: MARK J. MEYERS, ATTORNEY<br>16168 BEACH BLVD.<br>SUITE 140<br>HUNTINGTON BEACH, CA 92647 | 808 | U | 10/15/13 | $250,000.00 | Claim satisfied in full by applicable insurance policy. |
| SHAFER, JONATHAN<br>C/O EVEN LAW FIRM<br>ATTN: JAMES EVEN, ATTORNEY<br>100 S SPRING AVE<br>STE 100<br>SIOUX FALLS, SD 57104 | 1093 | U | 10/21/13 | $350,000.00 | Claim satisfied in full by applicable insurance policy. |

**RURAL/METRO CORPORATION**
**CASE NO. 13-11952 (KJC)**
**SATISFIED IN FULL**
**EXHIBIT A**

| NAME OF CLAIMANT | CLAIM NUMBER | CLASSIFICATION | FILED DATE OF CLAIM | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|
| SMITH, GREGORY<br>C/O MCMAHAN LAW FIRM<br>ATTN: G. BRENT BURKS, ESQ.<br>P.O. BOX 11107<br>CHATTANOOGA, TN 37401 | 128 | U | 08/28/13 | $150,000.00 | Claim satisfied in full by applicable insurance policy. |
| TURNER, TIMOTHY<br>C/O BEY & ASSOCIATES<br>ATTN: N. JOHN BEY, ATTORNEY<br>191 PEACHTREE ST.<br>SUITE 3300<br>ATLANTA, GA 30303 | 1026 | U | 10/18/13 | $1,400,000.00 | Claim satisfied in full by applicable insurance policy. |
| WILLIS, BERNARD<br>C/O SHERROD & BERNARD, PC<br>ATTN: KENNETH BERNARD JR., ESQ.<br>8470 PRICE AVENUE<br>PO BOX 1154<br>DOUGLASVILLE, GA 30133-1154 | 689 | U | 10/08/13 | $550,000.00 | Claim satisfied in full by applicable insurance policy. |

**RURAL/METRO CORPORATION**
**CASE NO. 13-11952 (KJC)**
**SATISFIED IN FULL**
**EXHIBIT A**

| NAME OF CLAIMANT | CLAIM NUMBER | CLASSIFICATION | FILED DATE OF CLAIM | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|
| YARBROUGH, RICHARD C/O BURNS, TAYLOR, HECKEMEYER & GREEN ATTN: KIMBERLY A. HECKEMEYER 733 N MAIN SIKESTON, MO 63801 | 760 | U | 10/08/13 | Unliquidated | Claim satisfied in full by applicable insurance policy. |