# EXHIBIT II

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------x
| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| Rural/Metro Corporation,[1] | : | Case No. 13-11952 (KJC) |
| | : | |
| Reorganized Debtor. | : | |
| | : | |
------------------------------------------------------x    Re: Docket No. \_\_\_\_

**ORDER SUSTAINING REORGANIZED DEBTOR'S SIXTEENTH
OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT
TO § 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

Upon the *Reorganized Debtor's Sixteenth Omnibus (Non-Substantive) Objection to Claims Pursuant to § 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1* (the "Objection");[2] and the Court having considered the Objection, the Disputed Claims listed on Exhibits A and B attached hereto, and any responses thereto; and upon the *Declaration of Sven Johnson in Support of the Reorganized Debtor's Sixteenth Omnibus (Non-Substantive) Objection to Claims Pursuant to § 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1*; and the Court having subject matter jurisdiction to consider the Objection and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Objection and the relief requested therein being a core proceeding as defined in 28 U.S.C. § 157(b)(2); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and proper and adequate notice of the Objection having been given as set forth in the Objection; and it appearing that no other or further notice is

---

[1] The last four digits of the Reorganized Debtor's federal tax identification number are 6929. The Reorganized Debtor's headquarters are located at 8465 N. Pima Road, Scottsdale, AZ 85258.

[2] Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed to them in the Objection.

required; and the legal and factual bases set forth in the Objection having established just cause for the relief therein; and good and sufficient cause appearing therefor; it is hereby,

ORDERED, ADJUDGED, AND DECREED that:

1. The Objection is SUSTAINED, as set forth herein.

2. The Amended Claims listed on Exhibit A in the column titled "Amended Claims" are disallowed and expunged in their entirety.

3. The Equity Interest Claim listed on Exhibit B is disallowed and expunged in its entirety.

4. The Reorganized Debtor's objection to each Disputed Claim addressed in the Objection constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order shall be deemed a separate Order with respect to each Disputed Claim. Any stay of this Order pending appeal by any of the claimants subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters covered hereby.

5. The Reorganized Debtor shall retain and shall have the right to object in the future to the Disputed Claims identified on Exhibits A or B on any additional grounds, and to seek to amend, modify and/or supplement this Order as may be necessary. In addition, the Reorganized Debtor's rights are reserved to file future objections to claims asserted in proofs of claim that have been or may subsequently be filed in the Chapter 11 Cases, or claims that may be listed on the Debtors' Schedules of Assets and Liabilities, on the grounds set forth herein or any other appropriate grounds that bankruptcy and non-bankruptcy law permits.

01:24118343.1

2

      6.      This Court shall retain jurisdiction over the Reorganized Debtor and the claimants whose Disputed Claims are subject to the Objection with respect to any matters related to or arising from the Objection or the implementation of this Order.

Dated: _____, 2019
       Wilmington, Delaware

                                              _____
                                              THE HONORABLE KEVIN J. CAREY
                                              UNITED STATES BANKRUPTCY JUDGE

# **EXHIBIT A**

**Amended Claims**

01:24118343.1

**RURAL/METRO CORPORATION**
**CASE NO. 13-11952 (KJC)**
**AMENDED CLAIMS**
**EXHIBIT A**

| Amended Claims | | | | | Remaining Claims | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Claim Amount ($) | Class* | Name/Address of Claimant | Claim Number | Date Filed | Case Number | Claim Amount ($) | Class* |
| BLAKE CARLYLE<br>C/O SUPPA TRUCCHI & HENEIN, LLP<br>ATTN: BENJAMIN V. PRUM/RAYMOND LEE ESQS<br>3055 INDIA ST<br>SAN DIEGO, CA 92103 | 1631 | 10/21/13 | 13-11952 | $315,964.72 | U | CARLYLE, BLAKE<br>C/O SUPPA, TRUCCHI & HENEIN, LLP<br>ATTN: SAMY HENEIN, ESQ.<br>3055 INDIA STREET<br>SAN DIEGO, CA 92103 | 2029 | 02/18/15 | 13-11952 | $15,000.00 | U |
| ELLIOTT, JENNIFER<br>128 LAKE FOREST DRIVE<br>NEWMAN, GA 30265 | 1406 | 10/23/13 | 13-11952 | Unliquidated | U | ELLIOTT, JENNIFER<br>128 LAKE FOREST DRIVE<br>NEWMAN, GA 30265 | 2034 | 01/28/16 | 13-11952 | $110,000.00 | U |
| MARTHA ANN CAREY, INDIVIDUALLY AND ON BEHALF<br>OF THE STATUTORY BENEFICIARIES<br>C/O NUSSBAUM GILLIS & DINNER, P.C.<br>14850 N. SCOTTSDALE ROAD, SUITE 450<br>SCOTTSDALE, AZ 85254 | 1500 | 10/23/13 | 13-11952 | $7,000,000.00 | U | MARTHA ANN CAREY, INDIVIDUALLY AND ON BEHALF<br>DAVID CAREY<br>C/O PEARSON LAW, PLC<br>ATTN: KARL PEARSON<br>4422 N. CIVIC CENTER PLAZA, SUITE 101<br>SCOTTSDALE, AZ 85251-3523 | 2033 | 12/03/15 | 13-11952 | $1,000,000.00 | U |
| MARTINEZ, AARON<br>C/O INTERNATIONAL ASSOC. OF EMTS & PARAMEDICS<br>ATTN: LINDA LEDESMA-MOUZON, ESQ.<br>1819 KNOLL DRIVE<br>STE 7<br>VENTURA, CA 93003 | 168 | 09/04/13 | 13-11952 | $27,525.00 | U | MARTINEZ, AARON<br>C/O INTERNATIONAL ASSOC. OF EMTS & PARAMEDICS<br>ATTN: LINDA LEDESMA-MOUZON, ESQ.<br>1819 KNOLL DRIVE<br>STE 7<br>VENTURA, CA 93003 | 2021 | 10/27/14 | 13-11952 | $39,794.04 | X |
| SAXER, GERALD<br>C/O BROWN CHIARI LLP<br>ATTN: BRADLEY MARBLE, ESQ.<br>5775 BROADWAY<br>LANCASTER, NY 14086 | 819 | 10/15/13 | 13-11952 | $300,000.00 | U | MARY SAXER AS ADMINISTRATRIX OF ESTATE OF<br>GERALD SAXER<br>C/O BROWN CHIARI LLP<br>ATTN: BRADLEY MARBLE<br>5775 BROADWAY<br>LANCASTER, NY 14086-2360 | 2020 | 10/23/14 | 13-11952 | $50,000.00 | U |
| WILLIAMS, SHANIA<br>C/O GOLDBERG & OSBORNE<br>ATTN: DOUG SETTEL<br>2815 S. ALMA SCHOOL RD<br>STE 122<br>MESA, AZ 85210 | 1908 | 01/22/14 | 13-11952 | $75,000.00 | U | WILLIAMS, SHANIA<br>C/O GOLDBERG & OSBORNE<br>ATTN: DOUG SETTEL<br>2815 S. ALMA SCHOOL RD<br>STE 122<br>MESA, AZ 85210 | 2003 | 05/28/14 | 13-11952 | $42,000.00 | U |

# EXHIBIT B

**Equity Interest Claims**

01:24118343.1

**RURAL/METRO CORPORATION**
**CASE NO. 13-11952 (KJC)**
**EQUITY INTEREST CLAIM**
**EXHIBIT B**

| NAME OF CLAIMANT | CLAIM NUMBER | CLASSIFICATION | FILED DATE OF CLAIM | CLAIM AMOUNT |
|---|---|---|---|---|
| FISHER, ROBERT<br>7563 N. VIA DE LA LUNA<br>SCOTTSDALE, AZ 85258 | 976 | U | 10/18/13 | $38,532.00 |