IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------x
| In re | : | Chapter 11 |
|---|---|---|
| | : | |
| Rural/Metro Corporation,[1] | : | Case No. 13-11952 (KJC) |
| | : | |
| Reorganized Debtor. | : | |
| | : | **Objection Deadline: September 19, 2019 at 4:00 p.m. (ET)** |
------------------------------------------------------x

## SEVENTH NOTICE OF POST-PETITION SATISFACTION OF CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that, on August 4, 2013 (the "Petition Date"), the above-captioned reorganized debtor (the "Reorganized Debtor") and certain of its affiliates filed voluntary petitions for relief under chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that the Reorganized Debtor has reviewed its books and records and has determined that the claims listed on Exhibit A attached hereto (the "Satisfied Claims") have been satisfied in full by payments made after the Petition Date and that no further distributions are required on account of such satisfied amounts. Accordingly, the Reorganized Debtor intends to have its Court-appointed claims and noticing agent, Donlin, Recano & Company, Inc. ("DRC"), designate on the official claims register that the Satisfied Claims have been previously satisfied.

**PLEASE TAKE FURTHER NOTICE** that, to the extent that any party disputes the determination that the Satisfied Claims have been satisfied in full, such party shall file a written response (an "Objection") with the Clerk of the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and serve such Objection on the undersigned counsel to the Reorganized Debtor and counsel for the Creditor Representative, Moses & Singer LLP, The Chrysler Building, 405 Lexington Avenue, New

---

[1] The last four digits of the Reorganized Debtor's federal tax identification number are 6929. The Reorganized Debtor's headquarters are located at 8465 N. Pima Road, Scottsdale, AZ 85258.

01:25115273.1

York, New York 10174, Attn: Alan E. Gamza, Esq. and Christopher Gresh, Esq., on or before **September 19, 2019 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that, to the extent an Objection is timely filed and served in accordance with the procedures set forth in the preceding paragraph, the Reorganized Debtor shall attempt to consensually resolve the Objection with the objecting party. In the event the parties are unable to reach a consensual resolution, a hearing will be held on the matter on a date to be separately noticed.

**PLEASE TAKE FURTHER NOTICE** that, if no Objections are received prior to the Objection Deadline, DRC shall update the claims register as set forth herein without further order of the Court.

Dated: September 5, 2019
      Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Ashley E. Jacobs*
Edmon L. Morton (No. 3856)
Ashley E. Jacobs (No. 5635)
Elizabeth S. Justison (No. 5911)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
(302) 571-1253 (Fax)
emorton@ycst.com
ajacobs@ycst.com
ejustison@ycst.com

*Counsel to the Reorganized Debtor*

# Exhibit A

## Fully Satisfied Claims

**RURAL/METRO CORPORATION**
**CASE NO. 13-11952 (MFW)**
**SATISFIED IN FULL**
**EXHIBIT A**

| NAME OF CLAIMANT | CLAIM NUMBER | CLASSIFICATION | FILED DATE OF CLAIM | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|
| AZ- THE CITY OF GLENDALE, ARIZONA<br>C/O SCHIAN WALKER, PLC<br>ATTN: CODY J. JESS, ESQ.<br>1850 N. CENTRAL AVENUE, SUITE 900<br>PHOENIX, AZ 85004-4531 | 6004 | A | 01/30/14 | Unliquidated | Claim satisfied in full by post-petition payment. |
| CASELLI, CHAD<br>1442 JEFFERY AVE.<br>SAN JOSE, CA 95118 | 749 | P | 10/11/13 | Unliquidated | Claim satisfied in full by post-petition payment. |
| CO- CITY OF ARVADA<br>ATTN: CHRISTOPHER K. DALY, CITY ATTORNEY<br>8101 RALSTON ROAD<br>ARVADA, C0 80002 | 1719 | P | 11/22/13 | $11,739.34 | Claim satisfied in full by post-petition payment. |

**RURAL/METRO CORPORATION**
**CASE NO. 13-11952 (MFW)**
**SATISFIED IN FULL**
**EXHIBIT A**

| Name/Address | Claim # | Class | Date | Amount | Reason |
|---|---|---|---|---|---|
| DE LAGE LANDEN FINANCIAL SERVICES, INC.<br>ATTN: LAWRENCE D. LEVIN, BANKRUPTCY MGR<br>1111 OLD EAGLE SCHOOL RD<br>WAYNE, PA 19087 | 719 | U | 10/10/13 | $127,103.16 | Pursuant to the assumption of the claimant's unexpired lease and payment of the associated cure, all liabilities related to this claim have been satisfied in full. |
| EUGENE L DERFLER FAMILY TRUST<br>ATTN: EUGENE L DERFLER, TRUSTEE<br>1408 34TH AVENUE NW<br>SALEM, OR 97304 | 673 | U | 10/7/2013 | $169,040.00 | Pursuant to the assumption of the claimant's unexpired lease and payment of the associated cure, all liabilities related to this claim have been satisfied in full. |
| MYERS, LENISE<br>C/O FRANK S BUCK, P.C., ATTORNEY<br>2160 14TH AVE S<br>BIRMINGHAM, AL 35205 | 847 | P | 10/16/13 | Unliquidated | Claim satisfied in full by applicable insurance policy. |