IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
In re                                                    :   Chapter 11
                                                         :
Rural/Metro Corporation,[1]                              :   Case No. 13-11952 (MFW)
                                                         :
       Reorganized Debtor.                              :
                                                         :   **Obj. Deadline: January 14, 2020 at 4:00 p.m. (ET)**
---------------------------------------------------------x

## NOTICE OF PERIODIC DISTRIBUTION
## TO HOLDERS OF SUBSEQUENTLY ALLOWED OTHER UNSECURED CLAIMS

       **PLEASE TAKE NOTICE** that, on February 4, 2014, the above-captioned reorganized debtor (the "Reorganized Debtor") filed the *Debtors' Motion for an Order Establishing Distributable Claims Amount and Distributable Claims Percentage in Connection with the Debtors' Confirmed and Effective First Amended Joint Plan of Reorganization* [Docket No. 998] (the "Motion").[2]

       **PLEASE TAKE FURTHER NOTICE** that, on February 21, 2014, the Court entered an order approving the Motion [Docket No. 1025] (the "Interim Distribution Procedures Order").

       **PLEASE TAKE FURTHER NOTICE** that the Reorganized Debtor has determined to make an interim distribution in the amount of $194,376.60 (the "Additional Distribution") to the holders of certain Other Unsecured Claims electing the Cash Option under the Plan that have become Allowed since the entry of the Interim Distribution Procedures Order, which will result in the holders of such claims receiving an interim distribution in the same amount distributed to the holders of previously allowed claims (*i.e.*, 4.4%).

       **PLEASE TAKE FURTHER NOTICE** that, in accordance with the *Creditor Representative Plan Supplement* [Docket No. 823] (the "Supplement"), the Creditor Representative (Craig R. Jalbert) was appointed as of the Effective Date to perform the duties and obligations of the Creditor Representative under the Plan, the Confirmation Order, and the Supplement. The Reorganized Debtor has consulted with the Creditor Representative and his Claims counsel with respect to the proposed Additional Distribution, and the Creditor Representative has no objection to the Additional Distribution.

---

[1] The last four digits of the Reorganized Debtor's federal tax identification number are 6929. The Reorganized Debtor's headquarters are located at 8465 N. Pima Road, Scottsdale, AZ 85258.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

25787575.1

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Additional Distribution, must be filed on or before **January 14, 2020 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon the undersigned counsel to the Reorganized Debtor so that the objection is received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Interim Distribution Procedures Order, if no objections are received by the Objection Deadline, the Reorganized Debtor shall be authorized to make the Additional Distribution without further order of the Court.

Dated:  December 30, 2019
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/  Ashley E. Jacobs*
Edmon L. Morton (No. 3856)
Ashley E. Jacobs (No. 5635)
Elizabeth S. Justison (No. 5911)
Rodney Square
1000 North King Street
Wilmington, DE  19801
(302) 571-6600
(302) 571-1253 (Fax)
emorton@ycst.com
ajacobs@ycst.com
ejustison@ycst.com

*Counsel to the Reorganized Debtor*

25787575.1