IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------x
                                          :
In re                                     :        Chapter 11
                                          :
Rural/Metro Corporation,[1]               :        Case No. 13-11952 (MFW)
                                          :
            Reorganized Debtor.           :
                                                   Re: **Docket Nos. 1918 & 1919**
------------------------------------------------------x

## ORDER EXTENDING THE DEADLINE TO OBJECT TO CLAIMS

Upon the *Reorganized Debtor's Motion for Order Extending the Deadline to Object to Claims* (the "**Motion**"),[2] pursuant to section 105(a) of the Bankruptcy Code and Rule 9006 of the Bankruptcy Rules; and it appearing that notice of the Motion was good and sufficient under the circumstances and that no other or further notice need be given; and the Court having considered the Motion and any responses thereto; and after due deliberation thereon; and good and sufficient cause appearing therefor; it is hereby:

ORDERED, ADJUDGED, AND DECREED that:

1.      The Motion is hereby GRANTED.

2.      The Claims Objection Deadline is hereby extended through and including September 3, 2020, without prejudice to the Reorganized Debtor's right to seek further extensions of the Claims Objection Deadline.

---

[1]    The last four digits of the Reorganized Debtor's federal tax identification number are (6929).  The Reorganized Debtor's headquarters are located at 8465 N. Pima Road, Scottsdale, AZ 85258.

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings given to them in the Motion.

3.      This Court shall retain jurisdiction over the Reorganized Debtor and all matters related to, or arising from, the Motion or implementation of this Order.

**Dated: May 5th, 2020**
26449217.**Wilmington, Delaware**

Mary F. Walrath

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**

2